**EDGE, A PROFESSIONAL LAW CORPORATION**
Daniel A. Rozenblatt (SBN 336058)
daniel.rozenblatt@edge.law
Natasha Dandavati (SBN 285276)
natasha.dandavati@edge.law
Seth W. Wiener (SBN 203747)
seth.wiener@edge.law
1341 La Playa Street 20
San Francisco, CA 94122
Telephone: (415) 515-4809

**CAPSTONE LAW APC**
Tarek H. Zohdy (SBN 247775)
tarek.zohdy@capstonelawyers.com
Cody R. Padgett (SBN 275553)
cody.padgett@capstonelawyers.com
Laura E. Goolsby (SBN 321721)
laura.goolsby@capstonelawyers.com
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396

Attorneys for Plaintiffs
MARK HERMANSON, CHUN-YU CHEN,
and SHUANG LIN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HERMANSON, CHUN-YU CHEN, and SHUANG LIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LENOVO GROUP LIMITED and LENOVO (UNITED STATES) INC.,<br><br>Defendants. | Case No.:<br><br>**CLASS ACTION COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiffs Mark Hermanson ("Hermanson"), Chun-Yu Chen ("Chen"), and Shuang Lin ("Lin") (together, "Plaintiffs"), individually and on behalf of all others similarly situated, bring this action against Defendants Lenovo Group Limited and Lenovo (United States) Inc. (together, "Lenovo," or "Defendants"). Upon personal knowledge as to their own acts and status and upon information and belief as to all other matters, Plaintiffs allege the following:

## **INTRODUCTION**

1.      This class action lawsuit concerns Lenovo's practice of advertising false and misleading price reductions on its website, and Lenovo's willful violation of a court-approved class action settlement agreement whereby it agreed to stop this practice.

2.      The use of false and misleading price reductions, also known as false discounts, is an unlawful marketing practice that harms consumers by artificially increasing the perceived value of the item being sold.  By increasing the perceived value, Lenovo induces consumers to pay more for its products based on the mistaken belief they are getting an incredible deal.

3.      Lenovo advertises false discounts on its website by displaying an artificially inflated reference price near the sale price, and then telling consumers they are "saving" money based on the difference between the reference price and the sale price. In reality, the advertised savings are fictitious. Below is an example of a false discount advertised on Lenovo's website.



4.      In 2016, a California consumer brought a class action lawsuit against Lenovo for advertising false discounts on its website ("*Ponce*" lawsuit).[1] As a result of that lawsuit, Lenovo entered into a court-approved class action settlement agreement ("*Ponce* Settlement Agreement").

---

[1] *Katherine Ponce v. Lenovo (United States) Inc.* ("*Ponce*"), Case No. 0:16-cv-01000 (D. Minn. Apr. 15, 2016).

5.     Under the terms of the *Ponce* Settlement Agreement, Lenovo agreed to the following prospective relief:

> As part of this Settlement, Lenovo agrees that no price shall be advertised on its website as a former price (however it may be characterized) of a non-ThinkPad laptop or tablet, unless the alleged former price was the prevailing market price within three months next immediately preceding the publication of the advertisement or unless the date when the alleged former price did prevail is clearly, exactly, accurately, and conspicuously stated in the advertisement. This provision shall be subject to a five-year time limit, which shall run from the Effective Date [January 8, 2018].[2]

6.     In other words, with respect to non-ThinkPad laptops and tablets, Lenovo agreed it would not display false reference prices on its website from January 8, 2018 to January 7, 2023. Specifically, Lenovo agreed it would not advertise a former price, "however it may be characterized," unless it was the prevailing market price during the previous three months. Yet, that is precisely what Lenovo continued to do.

7.     For example, below is a chart showing the reference price and sale price of a non-ThinkPad laptop advertised on Lenovo's website from September 2021 to January 2022. The chart shows that for a period of more than ninety days, Lenovo advertised a reference price of $1,249.99 even though Lenovo did not regularly sell the laptop at that price.



---

[2] The prospective relief period in *Ponce* began on the date of the Court's Final Approval Order (January 8, 2018) and ran for a period of five years. *See Ponce*, Class Action Settlement Agreement, Dkt. 29-1 ¶ 11 (Jan. 20, 2017) and Final Approval Order, Dkt. 67 (Jan. 18, 2018).

8.     Discovery will show that Lenovo had no reason to believe the advertised reference price was the prevailing market price during this period, and the true regular price of the laptop was significantly less than $1,249.99.

9.     In addition to continuing to advertise inflated reference prices for *non*-ThinkPad laptops, Lenovo continued to falsely advertise inflated reference prices for *ThinkPad* laptops. For example, below is a chart showing the reference price and sale price of a ThinkPad X1 Yoga Gen 5 laptop advertised on Lenovo's website from November 2021 to April 2022. The chart shows that for a period of more than ninety days, Lenovo advertised a reference price of $3,399.00 even though Lenovo did not regularly sell the laptop at that price.



10.     Discovery will show that despite entering into a court-approved class action settlement agreement, and despite knowing full well that advertising false discounts was unlawful, Lenovo continued to advertise false discounts for numerous products sold on its website.

11.     Not surprisingly, in August 2021, Lenovo was again sued for using deceptive pricing practices on its website ("*Axelrod*" lawsuit).[3]

12.     In response to the *Axelrod* lawsuit, Lenovo switched from employing one form of false reference prices to another. Both forms, however, accomplish the same objective of misleading consumers about the price reductions advertised on Lenovo's website.

13.     On April 13, 2022, roughly seven months after the *Axelrod* lawsuit was filed, Lenovo

---

[3] *Axelrod v. (United States) Inc.* ("*Axelrod*"), Case No. 4:21-cv-06770-JSW (N.D. Cal. Aug. 31, 2021).

1   stopped displaying its reference prices as standalone strikethrough prices (e.g., ~~$1,199.00~~) and began

2   attaching the label "Est Value" in front of them (e.g., Est Value ~~$1,199.00~~).

3       14.     On April 13, 2022, Lenovo also began advertising a new disclaimer. Before, Lenovo

4   told consumers that its reference prices reflected "regular Lenovo web prices." Now, Lenovo tells

5   consumers that they reflect "Lenovo's estimate of product value based on industry data."

6       15.     But discovery will show that Lenovo's new "Est Value" prices do not reflect

7   Lenovo's bona fide estimates of its products' values, and are just another ploy to continue

8   advertising false and misleading price reductions on its website.

9       16.     For example, below is a ThinkPad X1 Yoga laptop that was advertised on Lenovo's

10  website the day before and after Lenovo switched to "Est Value." As shown, Lenovo advertised the

11  exact same reference price, the exact same discount, the exact same savings, and the exact same

12  coupon code, **THINKAPR**. The only thing that changed was Lenovo's representation as to what the

13  reference price purported to represent.

14                              **April 12, 2023**



                              **April 13, 2023**



17.     Both advertisements are equally false and misleading, however, because regardless of whether a consumer purchased the product on April 12 or April 13, the consumer did not receive the advertised savings of $1,411.60. In other words, Lenovo continued to mislead consumers about the existence and amount of the price reduction.

18.     As shown in the chart below, both before and after April 13, 2023, Lenovo rarely offered the ThinkPad X1 Yoga laptop for sale at the advertised reference price of $3,529.00.



19.     Discovery will show that Lenovo did not regularly sell the ThinkPad X1 Yoga laptop for $3,529.00 and did not make any substantial number of sales at $3,529.00. Thus, $3,529.00 was neither the product's regular price nor Lenovo's bona fide estimate of its value. Likewise, consumers who purchased the laptop for $2,117.40 did not receive a price reduction of $1,411.60, nor did they save $1,411.60 on their purchase. Rather, those consumers paid the regular price of $2,117.40 for a laptop valued at $2,117.40.

20.     The falsity of Lenovo's new estimated value pricing scheme is evidenced by the fact that Lenovo changed *all* of its regular prices to estimated values overnight. For example, below is an excerpt of twenty products whose regular price did not change when Lenovo began representing that the same price was its "Est Value."

| Product Number | Product Name | 4/12/2022 Reg Price | 4/13/2022 Est Value |
|---|---|---|---|
| 82C10004US | Chromebook 3 (14") | 309.99 | 309.99 |
| 82QS001FUS | Chromebook Duet 5 (13") | 499.99 | 499.99 |
| 90NB00ECUS | IdeaCentre 3i Tower | 579.99 | 579.99 |
| 90Q6000FUT | IdeaCentre Mini 5i | 589.99 | 589.99 |
| 82KU00YTUS | IdeaPad 3 AMD (15") - Abyss Blue | 719.99 | 719.99 |
| 11CYCTO1WWUS1 | ThinkCentre M90t ES Certified Tower | 959.00 | 959.00 |
| 82BJ0085US | Yoga 7i (15") - Slate Grey | 1,169.99 | 1,169.99 |
| 20YA001MUS | ThinkBook 13s Gen 3 AMD (13") | 1,269.00 | 1,269.00 |
| 82NWCTO1WWUS1 | Legion 5 15" Premium with AMD GPU | 1,299.99 | 1,299.99 |
| 11CKS06D00 | ThinkCentre M70a (21.5") All-in-One | 1,449.00 | 1,449.00 |
| 82LU001LUS | Yoga 9i Gen 7 (Intel) 14" - Storm Grey | 1,449.99 | 1,449.99 |
| 82JHCTO1WWUS1 | Legion 5 Gen 6 15" Premium | 1,499.99 | 1,499.99 |
| 82D2000NUS | IdeaPad Slim 9 (14") - Shadow Black | 1,779.99 | 1,779.99 |
| 81YT0039US | Legion 7i (15") with RTX 2060 | 1,789.99 | 1,789.99 |
| 20XF004PUS | ThinkPad T14s Gen 2 AMD (14") - Black | 2,219.00 | 2,219.00 |
| 20WH000KUS | ThinkBook Plus Gen 2 (Intel) | 2,429.00 | 2,429.00 |
| 20W8001QUS | ThinkPad X13 Yoga Gen 2 Intel (13") | 2,799.00 | 2,799.00 |
| 20XW003GUS | ThinkPad X1 Carbon Gen 9 Intel (14") | 3,409.00 | 3,409.00 |
| 30E0CTO1WWUS1 | ThinkStation P620 Workstation | 3,619.00 | 3,619.00 |

21.     As shown in **Exhibit A** attached to this complaint, Lenovo offered over 400 laptops and desktops for sale on its website on April 12 and 13, 2022, and not a single reference price for any of those products changed. In other words, Lenovo merely went from misrepresenting that its reference prices reflected regular prices to misrepresenting that they reflected estimated values.

22.     Lenovo continues to advertise false and misleading price reductions on its website, every day. The pervasive, ongoing nature of Lenovo's deceptive pricing practices and its persistent refusal to represent the actual regular price and value of its products demonstrate that the use of false and misleading price reductions is central to its overall marketing strategy.

23.     Discovery will show that Lenovo displays false discounts on its website despite knowing this practice is unlawful because, quite simply, it is more profitable to mislead consumers and settle an occasional lawsuit than to comply with the law.

24.     In bringing this lawsuit, Plaintiffs intend to curb Lenovo's practice of advertising false and misleading price reductions. Plaintiffs seek public injunctive relief in the form of a court order prohibiting Lenovo from continuing to falsely advertise price reductions on its website and seek compensation for themselves and all others similarly situated who have been duped by any form of Lenovo's false price reductions.

**THE PARTIES**

25.     Plaintiff Mark Hermanson ("Hermanson") was a resident of Sierra County, California on August 5, 2021, when he placed an order for a Yoga laptop on Lenovo's website.

26.     Plaintiff Shuang Lin ("Lin") was a resident of Alameda County, California on January 4, 2022, when he placed an order for a ThinkStation computer on Lenovo's website.

27.     Plaintiff Chun-Yu Chen ("Chen") was a resident of Santa Clara County, California on August 26, 2023, when he placed an order for a ThinkPad laptop on Lenovo's website.

28.     Defendant Lenovo Group Limited ("Lenovo Group") is a multinational technology company with its global headquarters in Beijing, China and its worldwide operational headquarters in Morrisville, North Carolina. Lenovo Group is the largest manufacturer of laptop and desktop computers in the world with an annual revenue of over $60 billion.

29.     Defendant Lenovo (United States) Inc. ("Lenovo US") is a Delaware corporation, with its principal place of business at 8001 Development Dr. Morrisville, North Carolina, 27560. Lenovo US is a wholly owned subsidiary of Lenovo Group. Lenovo US is registered with the California Secretary of State and authorized to do business in California, and maintains offices and is licensed to do business and does business in California.

30.     Defendants manufacture and sell computers and related peripheral parts, software, and services to customers throughout the United States through the website, lenovo.com.

**JURISDICTION AND VENUE**

31.     This Court has subject matter jurisdiction pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1332(d)(2), because the aggregate claims of the members of the proposed Classes exceed $5 million (exclusive of interest and costs), the proposed Classes consist of 100 or more members, and at least one member of the proposed Classes is a citizen of a different state than Defendants.

32.     California has personal jurisdiction over Defendants because they have sufficient minimum contacts with California, having intentionally availed themselves of the California market through the promotion, marketing, and sale of products in California so as to render the exercise of jurisdiction by this Court permissible under traditional notions of fair play and substantial justice.

33.     Venue is proper in the Northern District of California pursuant to 28 U.S.C. § 1391 (b)(1) and (2) because a substantial part of the events or omissions which give rise to Plaintiffs' claims occurred in Alameda County and Santa Clara County.

**INTRADISTRICT ASSIGNMENT**

34.     Pursuant to the Northern District of California's Local Rule No. 3-2(e), assignment of this matter to the San Francisco and Oakland Division is appropriate because a substantial part of the events or omissions which give rise to the claims asserted herein occurred in Alameda County. Alternatively, assignment of this matter to the San Jose Division is appropriate because a substantial part of the events or omissions which give rise to the claims asserted herein occurred in Santa Clara County.

**FACTUAL ALLEGATIONS**

**A.     Background of Lenovo.**

35.     Lenovo is a $62 billion Fortune Global 500 with global headquarters in Beijing China, and Morrisville, North Carolina.[4]

36.     Lenovo is the largest manufacturer of personal computers in the world, with more PC shipments than HP, Dell, or Apple. Within the United States, Lenovo is the third largest manufacturer, and shipped over 3 million PCs in the second quarter of 2023 alone.[5]

37.     Lenovo does not have any physical retail stores in the United States. Lenovo directly markets and sells its products to consumers through its website, www.lenovo.com. In September 2023, Lenovo's website received nearly 70 million visits, of which approximately 17% (11.66 million) originated from the United States.[6]

38.     Lenovo's online success has in significant part resulted from its practice of advertising false and misleading price reductions on its website.

---

[4] Sources: https://doc.irasia.com/listco/hk/lenovo/annual/2023/ar2023.pdf (last accessed Nov. 9, 2023); https://en.wikipedia.org/wiki/Lenovo (last accessed Nov. 9, 2023).
[5] Source: https://www.gartner.com/en/newsroom/press-releases/2023-07-11-gartner-says-worldwide--pc-shipments-declined-16-percent-in-second-quarter-of-2023 (last accessed Nov. 9, 2023).
[6] Source: https://www.semrush.com/website/lenovo.com/overview (last accessed Nov. 9, 2023).

**B.     Lenovo's history of advertising false discounts.**

39.     Lenovo has been willfully advertising false and misleading price reductions on its website for more than a decade.

40.     In or around 2012, Lenovo was threatened with a class action lawsuit relating to false discounts advertised on its website. In December 2013, Lenovo settled that potential lawsuit with a class of California consumers before it was filed ("2013 Class Settlement").[7] Under the terms of the 2013 Class Settlement, Lenovo agreed to compensate each California consumer who purchased an affected Lenovo computer on Lenovo's website from June 4, 2008 through August 30, 2012 with a $50 payment. In addition, Lenovo agreed to change its methodology for online consumer advertising.

41.     A few years later, in March 2016, Lenovo again found itself in legal trouble due to the false discounts advertised on its website. Katherine Ponce, a California consumer who at the time was a law student at the University of Minnesota, filed a class action lawsuit against Lenovo for advertising false discounts and savings on its website. The lawsuit alleged:

> Lenovo fabricates promotions on products sold on its website by advertising large discounts off reference prices that are fictitious. Lenovo does not sell products at the purported reference prices in the regular course of its business, but fraudulently induces consumers to purchase Lenovo's products based on false discounts or "savings" off the phantom reference prices.[8]

42.     Ponce initially sought to certify a class consisting of all persons who purchased any Lenovo computer or tablet on Lenovo's website after December 1, 2014.[9] During the litigation, however, Lenovo was successful in negotiating a settlement whereby the settlement class was limited to persons who purchased *non*-ThinkPad products over a period of merely thirteen months ("*Ponce* Settlement Agreement").[10]

43.     By excluding ThinkPad products—Lenovo's most popular product line—from the settlement agreement, Lenovo's objective was clear: Lenovo intended to minimize the amount paid

---

[7] *See* **Exhibit B** attached hereto.
[8] *Ponce*, Amended Class Action Complaint, Dkt. 12 ¶ 1 (May 9, 2016).
[9] *Id.* ¶ 63.
[10] *Ponce*, Class Action Settlement Agreement, Dkt. 29-1 ¶ 1.cc (Jan. 20, 2017).

to consumers and would continue to advertise false discounts on its most popular products, ThinkPad laptops.

44.     Indeed, in the section of the *Ponce* Settlement Agreement providing for prospective relief, Lenovo ensured that its compliance with California's False Advertising Law would only be required with respect to "non-ThinkPad laptops or tablets."[11] In other words, going forward, Lenovo only agreed to not display false discounts with respect to *non-ThinkPad* laptops and tablets. Lenovo made sure to include a carveout so that it could continue to display false discounts with respect to *ThinkPad* laptops.

45.     Yet, despite the generous carveout, Lenovo could not help itself and continued to advertise false discounts for ThinkPad and non-ThinkPad laptops alike, in willful violation of California's consumer protection laws and the court-approved class action settlement agreement.

46.     Below are charts showing the reference price and sale price of several non-ThinkPad laptops advertised on Lenovo's website over a period of more than ninety days during the prospective relief period. The charts demonstrate that Lenovo advertised reference prices which clearly were not the products' regular prices because, more often than not, Lenovo offered the products at prices lower than the reference prices.

 

---

[11] *Compare Ponce*, Class Action Settlement Agreement, Dkt. 29-1 ¶ 11 (Jan. 20, 2017) *with* Cal. Bus. Prof. Code. § 17501.






47.  Discovery will show that Lenovo violated the *Ponce* Settlement Agreement by failing to ensure that the reference prices advertised on its website for non-ThinkPad laptops and tablets were the prevailing market prices during the three months preceding the advertisement.

**C.  Lenovo's false discounts over time.**

48.  Lenovo has been advertising false and misleading price reductions on its website for over a decade. During this period, Lenovo has modified the way in which it advertises false discounts, but the deception is the same—Lenovo continues to mislead consumers about the reasons for, the existence of, and the amounts of price reductions.

49.  Before August 25, 2021, Lenovo advertised false discounts on its website by displaying reference prices as a "Web Price" or strikethrough price (e.g., ~~$1,199.99~~).  These two reference prices were used interchangeably on Lenovo's website.  Near the reference price, Lenovo advertised a sale price, which was the price at which Lenovo actually offered the product for sale. Near the reference price and sale price, Lenovo advertised the false discount—which was displayed as "savings" equal to the difference between the reference price and the sale price.

1       50.     Below is an example of a laptop advertised on Lenovo's website before August 25,

2  2021, which shows a reference price of $2,279.00, a sale price of $1,209.00, and a price reduction

3  of $1,070.00.



51.     Once the product was added to the consumers' online shopping cart, Lenovo

prominently advertised the purported savings throughout the entire checkout process.

52.     Below is an example of Lenovo's website checkout page before August 25, 2021,

where Lenovo prominently displays the purported price reduction of $1,070.



53.     Between August 25, 2021 and April 12, 2022, Lenovo advertised false discounts on its

website by displaying reference prices as a standalone strikethrough price (e.g., ~~$1,199.99~~). As before,

Lenovo continued to advertise a reference price near the sale price, and savings equal to the difference

between the reference price and the sale price. In addition, Lenovo began advertising the savings as a

percentage equal to the amount of the purported price reduction divided by the reference price.

54.     Below is an example of a laptop advertised on Lenovo's website between August 25, 2021 and April 12, 2022, which shows a reference price of $2,459.00, a sale price of $1,475.40, and a price reduction of $983.60 or 40% off.



55.     Just as before, once the product was added to the consumers' online shopping cart, Lenovo prominently advertised the purported savings throughout the entire checkout process.

56.     Below is an example of Lenovo's website checkout page between August 25, 2021 and April 12, 2022, where Lenovo prominently displays the purported price reduction of $983.60.



57.     Starting on April 13, 2022, Lenovo began advertising false discounts on its website by displaying reference prices as "Est Values." As before, Lenovo continues to advertise a

reference price near the sale price, and savings equal to the difference between the reference price and the sale price. As before, Lenovo also advertises the savings as a percentage equal to the amount of the purported price reduction divided by the reference price.

58.     Below is an example of a laptop advertised on Lenovo's website after April 13, 2022, which shows a reference price of $3,609.00, a sale price of $1,804.50, and a price reduction of $1,804.50 or 50% off.



59.     Below is an example of Lenovo's website checkout page after April 12, 2022, where Lenovo prominently displays the purported price reduction of $1,804.50.



1    **D.    Lenovo's fake coupon codes.**

2        60.    In addition to advertising fictitious savings, Lenovo displays fake coupon codes it

3    calls "eCoupons" to further mislead consumers into believing they are receiving a price reduction.

4        61.    Unlike typical online retailers which require shoppers to manually enter a coupon

5    code to receive the associated discount, Lenovo's coupon codes are prominently displayed on its

6    website and do not require shoppers to take any action to receive the advertised discounts. In other

7    words, the coupon codes are just another marketing ploy intended to mislead consumers about the

8    existence of, amounts of, and reasons for the price reductions advertised on its website.

9        62.    Below is an example of a fake coupon code discount advertised on Lenovo's website

10   in February 2022.

11                            **February 2022**

12
13   
14
15
16
17
18

19       63.    As shown in the example above, Lenovo represented to consumers they would save

20   $1,431.60 or 40% off the reference price of $3,579.00 by using the coupon code "**THINKFEB**"—a

21   reference to Lenovo's ThinkPad line of laptops and the month of February. Thus, reasonable

22   consumers were led to believe that the coupon code and corresponding price reduction of $1,431.60

23   would only be available in February.

24       64.    In reality, Lenovo advertised the exact same price reduction in January 2022 with the

25   coupon code "**THINKJAN**," and in March 2022 with the coupon code "**THINKMAR**," as shown below.

26

27

28

1

2

3

4

5

6

7

**January 2022**



8

9

10

11

12

13

**March 2022**



14   65.   After April 2022, when Lenovo switched to displaying its references prices as "Est

15   Values," Lenovo continued to advertise fake coupon codes, as shown below.

16

17

18

19

20

21

**June 2023**



22

23

24

25

26

27

**July 2023**



28

**E.      Lenovo's false discounts are pervasive.**

66.      Discovery will show that on any given day, Lenovo sells approximately 500 laptop and desktop computers on its website, and approximately 80% are sold at a discount from a reference price.

67.      But discovery will also show that the vast majority of price reductions advertised on Lenovo's website are false and misleading because consumers are not receiving the advertised "savings."

68.      Discovery will further show that Lenovo does not regularly offer its products for sale at the advertised reference prices, nor does Lenovo make any substantial number of sales at the advertised reference prices, nor do the "Est Values" advertised on Lenovo's website reflect Lenovo's bona fide estimates of its products' values based on industry data.

69.      Discovery will further show that Lenovo's advertises eCoupons pervasively and consistently throughout its website.

**F.      The Ongoing Nature of Lenovo's False Discounts.**

70.      Lenovo's deceptive pricing scheme is ongoing. Lenovo's continues to mislead consumers about the reasons for, existence of, and amounts of price reductions for products sold on its website by continuing to advertise inflated estimated values, fictitious savings and discounts, and misleading coupon codes.

71.      When shopping on Lenovo's website, Plaintiffs do not have access to the data on which Lenovo purports to base its estimated values and cannot determine whether the advertised price reductions represent bona fide price reductions or whether the advertised savings reflect actual savings based on genuine estimated values. Moreover, Plaintiffs have no way of determining in the future whether Lenovo has corrected its deceptive pricing practices.

72.      Without an injunction ordering Lenovo to cease its deceptive pricing practices, Plaintiffs are unable to rely on Lenovo's representations regarding the price reductions advertised on its website in deciding whether or not to purchase a product on Lenovo's website in the future. Without such an injunction, there is a real and immediate threat Plaintiffs will be wronged again in a similar way when making future purchases on Lenovo's website.

**G.      Plaintiffs' Purchases.**

**Plaintiff Hermanson**

73.      On August 6, 2021, Plaintiff Mark Hermanson ("Hermanson") accessed Lenovo's website from his residence in Lake Forest, California and purchased a non-ThinkPad Yoga 6 laptop, part number 82ND0007US ("Yoga 6 Laptop").

74.      Lenovo advertised the Yoga 6 Laptop as being on sale for $599.99 and represented to Hermanson that he was receiving a price reduction of $250.00 off the reference price of $849.99 with the eCoupon **B2SYOGA6**. Below is an example of the advertisement that Hermanson saw.



75.      Enticed by the idea of saving $250 off the reference price of $849.99, Hermanson proceeded to add the Yoga 6 Laptop to his shopping cart.

76.      Throughout the online checkout process, Lenovo prominently displayed to Hermanson the price reduction and savings of $250.00 he was purportedly receiving.

77.      On the final checkout page, Lenovo again represented to Hermanson he was receiving a price reduction of $250, which was equal to the difference between the reference price and the sale price.

78.      In reliance on Lenovo's misrepresentations and material omissions with respect to the reference price of the Yoga 6 Laptop, and the discount and savings he was purportedly receiving, Hermanson placed his order.

79.      Immediately after Hermanson completed his purchase, Lenovo sent Hermanson an order confirmation via email. The order confirmation, as shown below, again represented to Hermanson that he had received a price reduction equal to the difference between the reference price and the sale price.

| Your Order Summary: | | | |
|---|---|---|---|
| **Item:** | | **Status:** | **Qty:** | **Price:** |

**Item:**
Yoga 6 (13") - Abyss Blue — Status: Received* — Qty: 1 — Price: $599.99

**Part No:**
82ND0007US

**Configuration Details**
- Processor: AMD Ryzen™ 5 5500U Processor (2.10 GHz, up to 4.00 GHz Max Boost, 6 Cores, 12 Threads, 8 MB Cache)
- Operating System: Windows 10 Home 64
- Display Type: 13.3" FHD (1920 x 1080) IPS, touchscreen, 300 nits
- Memory: 8 GB DDR4 3200MHz (Soldered)
- Hard Drive: 512 GB PCIe SSD
- Warranty: 1 Year Depot or Carry-in
- Graphics: Integrated AMD Radeon™ Graphics
- Camera: 720p HD
- Pen: None
- Fingerprint Reader: Fingerprint Reader
- Keyboard: Backlit - US English
- Wireless: 802.11AX (2 x 2) & Bluetooth® 5.0

| | |
|---|---|
| Sub total: | $599.99 |
| CouponSaved: | $250.00 |
| Shipping Fees: | FREE |
| Total: | $599.99 |

80.     Hermanson purchased the Yoga 6 Laptop after Lenovo had represented to him that he was receiving a price reduction of $250.00 and would thus save $250.00 off the reference price of $849.99. At the time of his purchase, Hermanson believed he was purchasing a laptop valued at $849.99 for approximately 29% off.

81.     However, discovery will show that the advertised price reduction was fictitious because prior to Hermanson's purchase, more often than not, Lenovo did not sell the Yoga 6 Laptop at the advertised reference price of $849.99. Lenovo thereby violated the prospective relief set forth in the *Ponce* Settlement Agreement.

82.     Hermanson's understanding of the value of the Yoga 6 Laptop was based on his belief that he was receiving a price reduction of $250.00 off the reference price of $849.99, and that he would save $250.00 on his purchase.

83.     Lenovo thereby induced Hermanson to purchase the Yoga 6 Laptop by falsely representing to him that he was saving money equal to the difference between the reference price and sale price, and by failing to disclose to him that the advertised discount was not a bona fide price reduction.

84.    Hermanson would not have purchased the Yoga 6 Laptop, or would have paid less for it, had he known that the laptop's regular price was less than $849.99 and that the advertised savings was fictitious.

**Plaintiff Lin**

85.    On January 4, 2022, Plaintiff Shuang Lin ("Lin") accessed Lenovo's website from his residence in Fremont, California and purchased a ThinkStation P620 Workstation, part number 30E0CTO1WWUS1 ("P620 Workstation").

86.    Lenovo advertised the P620 Workstation as being on sale for $2,099.02 and represented to Lin he was receiving a price reduction of $1,519.98 off the reference price of $3,619.00 with the eCoupon **WSDEALS**. Below is an example of the advertisement that Lin saw.



87.    Enticed by the idea of saving $1,519.98 off the reference price of $3,619.00, Lin proceeded to purchase the P620 Workstation. As a result of an additional discount Lin received during the checkout process, the final sale price he paid for the P620 Workstation before tax was $1,433.12.

88.    Throughout the checkout process, Lenovo prominently displayed to Lin the price reduction and savings he was purportedly receiving.

89.    On the final checkout page, Lenovo again represented to Lin he was receiving a price reduction equal to the difference between the reference price and the sale price.

90.    In reliance on Lenovo's representations and omissions with respect to the reference price of the P620 Workstation, and the discount and savings he was purportedly receiving, Lin

1   placed his order.

2       91.     Immediately after Lin completed his purchase, Lenovo sent Lin an order

3   confirmation via email. The order confirmation, as shown below, again represented to Lin that he

4   had received a price reduction equal to the difference between the reference price and the sale price.



14      92.     Lin purchased the P620 Workstation after Lenovo represented to him that he would

15  receive a price reduction of $1,519.98 and thus would save $1,519.98 off the reference price of

16  $3,619.00. At the time of his purchase, Lin believed he was purchasing a Workstation valued at

17  $3,619.00 for approximately 60% off.

18      93.     However, discovery will show that the advertised price reduction was fictitious

19  because prior to Lin's purchase, more often than not, Lenovo did not sell the P620 Workstation at

20  the advertised reference price of $3,619.00. Discovery will further show that Lenovo did not make

21  any substantial number of sales of the P620 Workstation at the reference price of $3,619.00.

22      94.     Lin's understanding of the value of the P620 Workstation was based on his belief that

23  he was receiving a price reduction of $1,519.98 off the reference price of $3,619.00, and that he

24  would save $1,519.98 on his purchase.

25      95.     Lenovo thereby induced Lin to purchase the P620 Workstation by falsely

26  representing to him that he was saving money equal to the difference between the reference price

27  and sale price, and by failing to disclose to him that the advertised discount was not a bona fide

28  price reduction.

96.     Lin would not have purchased the P620 Workstation, or would have paid less for it, had he known that the item's true regular price was less than $3,619.00 and that the advertised savings was fictitious.

**Plaintiff Chen**

97.     On August 26, 2023, Plaintiff Chun-yu Chen ("Chen") accessed Lenovo's website from his residence in San Jose, California and purchased a ThinkPad L13 Yoga Gen 2 AMD laptop, part number 21AEA002US ("ThinkPad L13 Yoga Laptop").

98.     Lenovo advertised the ThinkPad L13 Yoga Laptop as being on sale for $459 and represented to Chen that he was receiving a price reduction of $1,520 off the reference price of $1,979 with the eCoupon **SAVEONLSERIES**. Below is an example of the advertisement that Chen saw.



99.     Enticed by the idea of saving $1,520 off the reference price of $1,979, Chen proceeded to add the ThinkPad L13 Yoga Laptop to his shopping cart.

100.    Throughout the checkout process, Lenovo prominently displayed to Chen the price reduction and savings he was purportedly receiving.

101.    On the final checkout page, Lenovo again represented to Chen he was receiving a price reduction equal to the difference between the reference price and the sale price.

102.    In reliance on Lenovo's representations and omissions with respect to the reference price of the ThinkPad L13 Yoga Laptop, and the discount and savings he was purportedly receiving, Chen placed his order.

103.    Immediately after Chen completed his purchase, Lenovo sent Chen an order confirmation via email. The order confirmation, as shown below, again represented to Chen that he

had received a price reduction equal to the difference between the reference price and the sale price.



104.    Chen purchased the ThinkPad L13 Yoga Laptop after Lenovo had advertised a price reduction of $1,520 and represented to him that he would save $1,520 off the reference price of $1,979. At the time of his purchase, Chen believed he was purchasing a laptop valued at $1,979 for approximately 77% off.

105.    However, discovery will show that the advertised price reduction was fictitious because prior to Chen's purchase, more often than not, Lenovo did not sell the ThinkPad L13 Yoga Laptop at the advertised reference price of $1,979. Discovery will further show that Lenovo did not make any substantial number of sales of the ThinkPad L13 Yoga Laptop at the reference price of $1,979. Discovery will further show that $1,979 was not Lenovo's bona fide estimate of the ThinkPad L13 Yoga Laptop's value based on industry data.

106.    Chen's understanding of the value of the ThinkPad L13 Yoga Laptop was based on his belief that he was receiving a price reduction of $1,520 off the reference price of $1,979, and that he would save $1,520 on his purchase.

107.    Lenovo thereby induced Chen to purchase the ThinkPad L13 Yoga Laptop by falsely representing to him that he was saving money equal to the difference between the laptop's reference price and sale price, and by failing to disclose to him that the advertised discount was not a bona fide price reduction.

108.    Chen would not have purchased the ThinkPad L13 Yoga Laptop, or would have paid less for it, had he known that item's true value was less than $1,979 and that the advertised savings was fictitious.

## CLASS ALLEGATIONS

109.    Plaintiffs bring this suit pursuant to Rule 23 of the Federal Rules of Civil Procedure, on behalf of themselves and all others similarly situated. Two nationwide classes, one nationwide subclass, and three California subclasses (together, "Classes") are defined as follows:

### Nationwide Classes

**Nationwide Web Price Class:**  All individuals who, within the applicable statute of limitations period, purchased a Lenovo-branded laptop, desktop, or tablet on Lenovo's website that were advertised as discounted from a reference price displayed as a "Web Price" or standalone strikethrough price.

**Nationwide Est Value Class:**  All individuals who, within the applicable statute of limitations period, purchased a Lenovo-branded laptop, desktop, or tablet on Lenovo's website that were advertised as discounted from a reference price displayed as an "Est Value."

**Nationwide Non-ThinkPad Subclass:**  All members of the Nationwide Web Price Class who purchased a non-ThinkPad laptop or tablet on Lenovo's website between January 8, 2018 and April 12, 2022, which was advertised at the time of their purchase as being offered at a discount from a reference price which was not the prevailing market price during the three months preceding their purchase.

### California Classes:

**California Web Price Subclass:**  All members of the Nationwide Web Price Class who were residing in California at the time of purchase.

**California Est Value Subclass:**  All members of the Nationwide Est Value Class who were residing in California at the time of purchase.

**California Non-ThinkPad Subclass:**  All members of the Nationwide Non-ThinkPad Subclass who were residing in California at the time of purchase.

110.    Excluded from the Classes are Lenovo, its parents, subsidiaries, affiliates, officers, directors, legal representatives, predecessors, successors, assigns, and employees, and all judges assigned to hear any aspect of this litigation, as well as their staff and immediate family members.

111.    <u>Numerosity</u>:  Although the exact number of members of the Classes is uncertain and can only be ascertained through appropriate discovery, the number is significant enough such that

joinder is impracticable.  Plaintiffs are informed and believe there are hundreds of thousands, if not millions, of members of the Classes that have been damaged by Lenovo's deceptive practices alleged herein.  The disposition of the claims of all Classes in a single action will provide substantial benefits to all parties and to the Court.  The members of the Classes are readily identifiable from information and records in Lenovo's possession, custody, or control.

112.    <u>Commonality</u>:  This action involves common questions of law and fact, including, but not limited to, the following:

a.    whether Lenovo made false or misleading statements of fact in its advertisements;

b.    whether Lenovo's advertisements had a tendency to mislead a reasonable consumer;

c.    whether Lenovo's advertising and marketing practices, as alleged herein, violated established law;

d.    whether a reasonable consumer would interpret the strikethrough prices on Lenovo's website as the regular price or former price of the products offered for sale on Lenovo's website;

e.    whether a reasonable consumer would interpret the estimated value prices on Lenovo's website as the value of the products offered for sale on Lenovo's website;

f.    whether Lenovo ever sold or offered for sale the products at the advertised reference prices;

g.    whether Lenovo made a substantial number of sales at the advertised reference prices;

h.    whether Lenovo's bona fide estimates of its products' values are reflected in the estimated value prices;

i.    whether Lenovo bases its estimated values prices on industry data;

j.    whether Lenovo violated the court-approved class action settlement agreement in Ponce;

k.    whether Lenovo's statements concerning the reference prices, discounts and

1    savings displayed on its website were material, such that a reasonable consumer would attach

2    importance to and be induced to act on the information in deciding whether to make a purchase on

3    Lenovo's website;

4                    l.      whether a reasonable consumer would interpret the advertised savings on

5    Lenovo's website as a price reduction;

6                    m.      whether a reasonable consumer would interpret the web prices or

7    strikethrough prices on Lenovo's website as the regular or former prices of the products offered for

8    sale on Lenovo's website;

9                    n.      whether a reasonable consumer would believe the products offered for sale on

10   Lenovo's website have values equal to their web price, strikethrough price, or estimated value;

11                   o.      whether Lenovo misrepresented and/or failed to disclose material facts about

12   the web prices, strikethrough prices, estimated values, discounts, and savings advertised on its

13   website;

14                   p.      whether Lenovo knew, or by the exercise of reasonable care should have

15   known, that the price reductions and savings advertised on its website were untrue and misleading;

16                   q.      whether Lenovo intended the web prices, strikethrough prices, estimated

17   values, discounts, and savings advertised on its website to induce customers to purchase products;

18                   r.      whether Lenovo's pricing scheme alleged herein—consisting of web prices

19   and discounts/savings based on those web prices—was false or misleading within the meaning of

20   California's False Advertising Law, Consumer Legal Remedies Act, or Unfair Competition Law.

21                   s.      whether Lenovo's pricing scheme alleged herein—consisting of standalone

22   strikethrough prices and discounts/savings based on those standalone strikethrough prices—was

23   false or misleading within the meaning of California's False Advertising Law, Consumer Legal

24   Remedies Act, or Unfair Competition Law.

25                   t.      whether Lenovo's pricing scheme alleged herein—consisting of estimated

26   values and discounts/savings based on those estimated values—was false or misleading within the

27   meaning of California's False Advertising Law, Consumer Legal Remedies Act, or Unfair

28   Competition Law.

1    u.    whether Lenovo is likely to continue advertising false and misleading price

2    reductions such that an injunction is necessary; and

3    v.    whether Plaintiffs and members of the Classes are entitled to damages,

4    restitution, and/or punitive damages as a result of Lenovo's conduct alleged herein.

5    113.    <u>Typicality</u>:  Plaintiffs' claims are typical of the Class claims in that Plaintiffs, like all

6    members of the Classes, were deceived and damaged by Lenovo's misrepresentations and

7    corresponding failure to provide the advertised discounts, savings, and price reductions.

8    Furthermore, the factual bases of Lenovo's misconduct are common to all members of the Classes

9    and represent a common thread resulting in injury to the Classes.

10    114.    <u>Adequacy</u>:  Plaintiffs will fairly and adequately protect the interests of all members

11    of the classes, and Plaintiffs' interests are coincident with and not antagonistic to those of other

12    members of the Classes.  Plaintiffs have retained competent counsel who are experienced in

13    prosecuting class actions.

14    115.    Class certification is appropriate under Rule 23(b)(2) because Lenovo has acted or

15    refused to act, with respect to some or all issues presented in this Complaint, on grounds generally

16    applicable to all members of the Classes, thereby making appropriate final injunctive relief with

17    respect to the Classes as a whole.

18    116.    Class certification is appropriate under Rule 23(b)(3) because common questions of

19    law and fact substantially predominate over any question that may affect only individual members

20    of the Classes.  Plaintiffs and members of the Classes have all suffered, and will continue to suffer,

21    harm and damages as a result of Lenovo's uniform deceptive pricing practices.  A class action is

22    superior to other available methods for the fair and efficient adjudication of this controversy.

23    Individual litigation of the claims of all members of the Classes is impracticable because the cost of

24    litigation would be prohibitively expensive given the relatively small size of the individual Class

25    members' claims.  Moreover, individualized litigation would impose an immense burden upon the

26    courts and present the potential for varying, inconsistent, or contradictory judgments.  By contrast,

27    maintenance of this action as a class action, with respect to some or all of the issues presented in

28    this Complaint, presents fewer management difficulties, conserves the resources of the parties and

1  of the court system, and is the only means to protect the rights of all members of the Classes.

2  Absent a class action, Plaintiffs and members of the Classes would be unable seek redress, and

3  Lenovo's deceptive pricing practices would continue unabated without remedy or relief.

4  **<u>FIRST CAUSE OF ACTION</u>**
**Intentional Misrepresentation**

5  **(On behalf of the Nationwide Web Price Class)**

6  117.    Plaintiffs incorporate by reference each of the allegations contained in the preceding

7  paragraphs of this Complaint.

8  118.    Plaintiffs bring this cause of action on behalf of themselves and the members of the

9  Nationwide Web Price Class (as used as this cause of action, "class members").

10  119.    As alleged herein, Lenovo made false representations and material omissions to

11  Plaintiffs and the class members concerning the existence, duration, and/or nature of the price

12  reductions and savings advertised on its website.

13  120.    As part of those false representations, Lenovo engaged in the following practices:

14  a.    falsely representing that the savings advertised on its website reflected bona

15  fide price reductions, when in fact the price reductions were inflated because they were based off

16  inflated reference prices;

17  b.    falsely representing that the reference prices on its website reflected bona fide

18  regular or former prices, when in fact the reference prices were inflated and did not reflect the actual

19  price at which Lenovo formerly sold the product for a reasonably substantial period of time; and

20  c.    falsely representing that Plaintiffs and the class members were benefitting

21  from discounts and savings, when in fact Plaintiffs and the class members did not receive such

22  benefit, or received substantially less benefit, because the advertised discounts and savings were

23  based on inflated reference prices.

24  121.    Lenovo intentionally did not disclose material facts regarding the above.

25  Specifically, Lenovo intentionally did not disclose to Plaintiffs and the class members that the price

26  reductions and savings advertised on its website were fictitious because they were based on inflated

27  reference prices which did not reflect the price at which Lenovo previously offered the product for

28  sale for a reasonably substantial period of time or the price at which Lenovo made a substantial

number of sales. These omissions were material, and had Lenovo disclosed the above information, Plaintiffs and the class members would not have purchased the products or would have paid less for them.

122.    Lenovo's false representations and material omissions are the type of representations and omissions that are regularly considered to be material—i.e., a reasonable person would attach importance to them and would be induced to act on the information in making a purchasing decision.

123.    Lenovo's false representations and material omissions relating to the price reductions and savings displayed on its website are objectively material to the reasonable consumer, and therefore reliance upon such representations may be presumed as a matter of law.

124.    Lenovo intended for Plaintiffs and the class members to rely on its false representations and material omissions when making purchases on Lenovo's website.

125.    Lenovo knew that its intentional misrepresentations and material omissions were false and misleading at the time Lenovo made them and/or acted recklessly in making such misrepresentations and omissions.

126.    Plaintiffs and the class members reasonably and justifiably relied to their detriment on Lenovo's intentional misrepresentations and material omissions.

127.    Lenovo's intentional misrepresentations and material omissions were a substantial factor in causing Plaintiffs and the class members to purchase products from Lenovo, and pay more for them than they would have otherwise paid.

128.    As a proximate result of Lenovo's intentional misrepresentations and material omissions, Plaintiffs and the class members suffered an ascertainable loss and are entitled to compensatory and punitive damages, in an amount to be determined at trial.

129.    In making intentional misrepresentations and material omissions to Plaintiffs and the class members, Lenovo acted with malice, oppression, and fraud. Accordingly, Lenovo is liable to Plaintiffs and the class members for punitive damages in an amount to be determined at trial.

130.    Lenovo's conduct alleged herein constitutes "fraud," as that term is defined in Cal. Civ. Code § 3294(c)(3), because such conduct involved intentional misrepresentations, deceit,

and/or concealment of material facts known to Lenovo, and was done with the intent to cause Plaintiffs and the class members to purchase products they would not have otherwise purchased and/or pay more for them based on a false perception of their market value. Accordingly, Lenovo is liable to Plaintiffs and the California Web Price Subclass for punitive damages in an amount to be determined at trial.

131.    In making the false representations and material omissions alleged herein, Lenovo knowingly violated a court-approved class action settlement agreement. Accordingly, Lenovo is liable to Plaintiff Hermanson and the Nationwide Non-ThinkPad Subclass for punitive damages in an amount to be determined at trial.

**SECOND CAUSE OF ACTION**
**Negligent Misrepresentation**
**(On behalf of the Nationwide Web Price Class)**

132.    Plaintiffs incorporate by reference each of the allegations contained in the preceding paragraphs of this Complaint.

133.    Plaintiffs bring this cause of action on behalf of themselves and the members of the Nationwide Web Price Class (as used as this cause of action, "class members").

134.    As alleged herein, Lenovo made false representations and material omissions to Plaintiffs and all Class members concerning the existence, duration, and/or nature of the price reductions and savings advertised on its website.

   a.    As part of those false representations, Lenovo engaged in the following practices:

   b.    falsely representing that the savings advertised on its website reflected bona fide price reductions, when in fact the price reductions were inflated because they were based off inflated reference prices;

   c.    falsely representing that the reference prices on its website reflected bona fide regular or former prices, when in fact the reference prices were inflated and did not reflect the actual price at which Lenovo formerly sold the product for a reasonably substantial period of time; and

   d.    falsely representing that Plaintiffs and the class members were benefitting from discounts and savings, when in fact Plaintiffs and the class members did not receive such

benefit, or received substantially less benefit, because the advertised discounts and savings were based on inflated reference prices.

135.    Lenovo failed to disclose material facts regarding the above.  Specifically, Lenovo failed to disclose to Plaintiffs and the class members that the price reductions and savings advertised on its website were fictitious because they were based on inflated reference prices which did not reflect the price at which Lenovo previously offered the product for sale for a reasonably substantial period of time or the price at which Lenovo made a substantial number of sales. These omissions were material, and had Lenovo disclosed the above information, Plaintiffs and the class members would not have purchased the products or would have paid less for them.

136.    Lenovo's false representations and material omissions are the type of representations and omissions that are regularly considered to be material—i.e., a reasonable person would attach importance to them and would be induced to act on the information in making a purchasing decision.

137.    Lenovo's false representations and material omissions relating to the discounts and savings displayed on its website are objectively material to the reasonable consumer, and therefore reliance upon such representations may be presumed as a matter of law.

138.    Lenovo's false representations and material omissions were made to Plaintiffs and the class members for the purpose of affecting their purchasing decisions.

139.    Lenovo had no reasonable grounds for believing that its false representations were true.

140.    Lenovo failed to exercise reasonable care and/or diligence in making its false representations and material omissions to Plaintiffs and the class members.

141.    Plaintiffs and the class members reasonably and justifiably relied to their detriment on Lenovo's false representations and material omissions.

142.    Lenovo's false representations and material omissions were a factor in causing Plaintiffs and the class members to purchase products on Lenovo's website, and pay more for them than they would have otherwise paid.

143.    As a proximate result of Lenovo's false representations and material omissions, Plaintiffs and the class members were damaged in an amount to be determined at trial.

144.    In making the false representations and material omissions alleged herein, Lenovo

1  acted recklessly and without regard for a court-approved class action settlement agreement in which

2  Lenovo agreed not to make such false representations and material omissions. Accordingly, Lenovo is

3  liable to Plaintiffs and the class members for punitive damages in an amount to be determined at trial.

4  **THIRD CAUSE OF ACTION**
**Violation of California's Consumers Legal Remedies Act, Cal. Civ. Code §§ 1750, *et seq.***

5  **(On behalf of the California Web Price Subclass)**

6  145.    Plaintiffs incorporate by reference each of the allegations contained in the preceding

7  paragraphs of this Complaint.

8  146.    Plaintiffs bring this cause of action on behalf of themselves and the members of the

9  California Web Price Subclass (as used as this cause of action, "class members").

10  147.    Lenovo violated, and continues to violate, Section 1770(a)(5) of the California Civil

11  Code by representing that products offered for sale on its website have characteristics or benefits

12  which they do not have.  Specifically, Lenovo misled customers about the value of its products by

13  advertising inflated reference prices for products sold on its website.

14  148.    Lenovo violated, and continues to violate, Section 1770(a)(9) of the California Civil

15  Code by advertising products as discounted when Lenovo intended to, and does in fact, sell them at

16  their regular prices.

17  149.    Lenovo violated, and continues to violate, Section 1770(a)(13) of the California

18  Civil Code by making false or misleading statements of fact concerning reasons for, existence of, or

19  amounts of, price reductions on its website.

20  150.    Lenovo violated, and continues to violate, Section 1770(a)(16) of the California

21  Civil Code by representing that its products were supplied in accordance with a previous

22  representation when they were not.  Specifically, Lenovo represented that its products were sold at a

23  discount based on an inflated reference price, and that customers would realize savings based on

24  that reference price.  After customers placed their orders, Lenovo emailed the customers an order

25  confirmation confirming the products were sold at a discount and confirming that customers

26  realized savings equal to the difference between the advertised reference price and the sale price.

27  But in fact, Lenovo did not sell its products at the specified discounts and customers did not realize

28  the advertised savings because the reference prices were artificially inflated.

151.     Pursuant to California Civil Code section 1782(a), Plaintiffs intend to send notice to Lenovo by certified mail detailing its particular violations of Section 1770 of the CLRA, as alleged above, and demanding that Lenovo rectify such violations by (i) giving notice to all affected customers, (ii) removing all false and misleading price reductions and fictitious savings from its website, and (iii) providing restitution and damages to Plaintiffs and the class members.

152.     Pursuant to California Civil Code section 1782(d), if Lenovo fails to rectify, or fails to agree to rectify, its violations of Section 1770 within thirty (30) days of receiving Plaintiffs' letter, Plaintiffs will move to amend this complaint to pursue claims for actual, punitive, and statutory damages under the CLRA. As to this cause of action, at this time, Plaintiffs seek only injunctive relief.

**FOURTH CAUSE OF ACTION**
**Violation of California's False Advertising Law, Bus. & Prof. Code § 17500**
**(On behalf of the California Web Price Subclass)**

153.     Plaintiffs incorporate by reference each of the allegations contained in the preceding paragraphs of this Complaint.

154.     Plaintiffs bring this cause of action on behalf of themselves and the members of the California Web Price Subclass (as used as this cause of action, "class members").

155.     Plaintiffs bring this cause of action for public injunctive relief pursuant to Section 17535 of the Business and Professions Code and seek an order enjoining Lenovo from continuing to violate Section 17500.  Plaintiffs are entitled to this forward-looking relief because there is no adequate remedy at law that would protect Plaintiffs, the class members, and the public at large from Lenovo's ongoing violations of Section 17500.

156.     Plaintiffs additionally bring this cause of action for restitution pursuant to Section 17535 of the Business and Professions Code.  Pursuant to Rule 8(a)(3) of the Federal Rules of Civil Procedure, Plaintiffs seek restitution in the alternative to the damages they seek.  Plaintiffs are entitled to restitution because they lack an adequate remedy at law; the legal remedies available to them are not as equally prompt and certain, and in other ways efficient.

157.     Lenovo has violated, and continues to violate, Section 17500 of the Business and Professions Code by disseminating untrue and misleading advertisements over the internet to

1   Plaintiffs and class members.

2       158.   Lenovo disseminated untrue and misleading advertisements on its website by

3   advertising fictitious price reductions and savings based on inflated reference prices.

4       159.   Lenovo disseminated such untrue and misleading advertisements with the intent to

5   induce Plaintiffs and class members to purchase products on its website.

6       160.   Lenovo knew, or by the exercise of reasonable care should have known, that the

7   advertised price reductions and savings were untrue or misleading.

8       161.   Lenovo fraudulently concealed from and intentionally failed to disclose to Plaintiffs

9   and class members the truth about its reference prices, and the discounts and savings based thereon.

10  Specifically, Lenovo failed to inform Plaintiffs and the class members that the price reductions and

11  savings advertised on its website were fictitious because they were based on inflated reference prices

12  which did not reflect the price at which Lenovo previously offered the product for sale for a

13  reasonably substantial period of time or the price at which Lenovo made a substantial number of sales.

14      162.   Had Lenovo disclosed this information to Plaintiffs and class members, they would

15  not have purchased the products in question or would have paid less for them.

16      163.   Plaintiffs and class members reasonably relied on Lenovo's representations and/or

17  omissions made in connection with the advertised price reductions and savings, and were induced

18  to purchase Lenovo products based on the belief that they were receiving a price reduction and

19  savings on their purchase.

20      164.   Lenovo's representations and/or omissions made in connection with the advertised

21  price reductions and savings were likely to deceive reasonable consumers by obfuscating the true

22  value of Lenovo products.

23      165.   Had Plaintiffs and class members known that the price reductions and savings were

24  misleading and artificially inflated, they would not have purchased products from Lenovo or would

25  have paid less for them.

26      166.   As a direct and proximate result of Lenovo's untrue and misleading advertising,

27  Lenovo has improperly acquired money from Plaintiffs and class members.  As such, Plaintiffs

28  request this Court order Lenovo to restore this money to them and all class members.

167.    Lenovo's violations of Section 17500 are ongoing because it continues to advertise false and misleading price reductions and fictitious savings to Plaintiffs, class members, and the public at large.  Unless restrained by this Court, Lenovo will continue to engage in untrue and misleading advertising, as alleged above, in violation of Section 17500.  Accordingly, Plaintiffs seek an injunction enjoining Lenovo from continuing to violate Section 17500.

**FIFTH CAUSE OF ACTION**
**Violation of California's False Advertising Law, Bus. & Prof. Code § 17501**
**(On behalf of the California Web Price Subclass)**

168.    Plaintiffs incorporate by reference each of the allegations contained in the preceding paragraphs of this Complaint.

169.    Plaintiffs bring this cause of action on behalf of themselves and the members of the California Web Price Subclass (as used as this cause of action, "class members").

170.    Plaintiffs bring this cause of action for restitution pursuant to Section 17535 of the Business and Professions Code.  Pursuant to Rule 8(a)(3) of the Federal Rules of Civil Procedure, Plaintiffs seek restitution in the alternative to the damages they seek in their first through fifth causes of action.  Plaintiffs are entitled to restitution because they lack an adequate remedy at law; the legal remedies available to them are not as equally prompt and certain, and in other ways efficient.

171.    Lenovo violated Section 17501 of the Business and Professions Code by advertising false former prices on its website.

172.    Lenovo advertised former prices on its website by using words and phrases such as "Web Price," "Base Price," and displaying prices using strikethrough typeface (e.g., $1,249.99), and/or displaying discounts using words and phrases such as "Savings of," "Instant Saving," "Save ___%" "You're saving," and "Item Discount."

173.    The former prices advertised by Lenovo (i) did not reflect the prevailing market prices for the products in question within the three months immediately preceding publication of the advertisement, (ii) were not offered by Lenovo on a bona fide basis for a majority of the days the products were offered for sale during the three-month period immediately preceding publication of the advertisement, and/or (iii) were never offered by Lenovo on a bona fide basis for a reasonably substantial period of time.

174.    Lenovo's former price advertisements did not state clearly, exactly, and conspicuously when, if ever, the former prices prevailed, and provided no indication whether or to what extent the former prices advertised on its website were offered on a bona fide basis.

175.    The relevant "market" for the purpose of applying Section 17501 consists of offers made on Lenovo's website because (i) all of the advertisements at issue concerned Lenovo products, manufactured by Lenovo, and offered for sale on Lenovo's website, (ii) Lenovo intended its representations relating to former prices and discounts to refer to its own prices; and (iii) Plaintiffs and the class members reasonably interpreted Lenovo's former price advertisements to refer to Lenovo's former prices.

176.    Lenovo violated Section 17501 with actual or constructive knowledge that its former price advertisements were untrue or misleading.

177.    Lenovo violated Section 17501 in order to induce Plaintiffs and the class members to make purchases on its website based on the false impression they are receiving a discount on a product valued at more than what they actually received.

178.    Plaintiffs and the class members reasonably relied on Lenovo's representations and/or omissions made in violation of Section 17501, and were thereby induced to pay more for Lenovo products and make purchases they would not have otherwise made.

179.    As a direct and proximate result of Lenovo's violations of Section 17501, Lenovo has improperly acquired money from Plaintiffs and the class members.  As such, Plaintiffs request this Court order Lenovo to restore this money to them and all class members.

## SIXTH CAUSE OF ACTION
### Violation of California's Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200, *et seq.* (On behalf of the California Web Price Subclass)

180.    Plaintiffs incorporate by reference each of the allegations contained in the preceding paragraphs of this Complaint.

181.    Plaintiffs bring this cause of action on behalf of themselves and the members of the California Web Price Subclass (as used as this cause of action, "class members").

182.    Plaintiffs bring this cause of action for public injunctive relief pursuant to Section 17203 of the Business and Professions Code and seek an order enjoining Lenovo from continuing

to violate California's Unfair Competition Law.  Plaintiffs are entitled to this forward-looking relief because there is no adequate remedy at law that would protect Plaintiffs, the class members, and the public at large from Lenovo's ongoing violations of California's Unfair Competition Law.

183.    Plaintiffs additionally bring this cause of action for restitution pursuant to Section 17203 of the Business and Professions Code.  Pursuant to Rule 8(a)(3) of the Federal Rules of Civil Procedure, Plaintiffs seek restitution in the alternative to the damages they seek.  Plaintiffs are entitled to restitution because they lack an adequate remedy at law; the legal remedies available to them are not as equally prompt and certain, and in other ways efficient.

184.    Lenovo has violated, and continues to violate, the "unlawful" prong of California's Unfair Competition Law, Bus. Prof. Code §§ 17200, *et seq.* ("UCL") by engaging in the following unlawful business acts and practices:

a.    disseminating untrue and misleading advertisements over the internet by advertising fictitious price reductions and savings based on inflated reference prices in violation of Bus. & Prof. Code § 17500;

b.    by representing that products offered for sale on its website have characteristics or benefits which they do not have in violation of Civ. Code § 1770(a)(5);

c.    by advertising products on its website with intent not to sell them as advertised, in violation of Civ. Code § 1770(a)(9);

d.    making false or misleading statements of fact concerning the reasons for, existence of, or amounts of price reductions as to products sold on its website, in violation of Civ. Code § 1770(a)(13); and

e.    representing that products sold on its website were supplied in accordance with its previous representations when in fact they were not, in violation of Civ. Code § 1770(a)(16).

185.    Lenovo has violated the "fraudulent prong" of the UCL by engaging in the following fraudulent business acts and practices:

a.    using misrepresentations, deception, and/or concealment of material information in connection with the price reductions and savings advertised on Lenovo's website,

1    such that Plaintiffs and class members were likely to be deceived;

2         b.    advertising price reductions and savings that are false, misleading, and/or

3    have a capacity, likelihood, or tendency to deceive Plaintiffs and the class members; and

4         c.    failing to provide Plaintiffs and class members with information as to when, if

5    ever, its products were sold at the advertised reference prices displayed on Lenovo's website.

6    186.    Lenovo has violated, and continues to violate, the "unfair" prong of the UCL by

7    engaging in the following unfair business acts and practices:

8         a.    advertising false and misleading price reductions and fictitious savings in

9    connection with the sale of products on its website such that Plaintiffs and class members, who

10   could not have reasonably avoided such predatory schemes, have been injured—a practice that

11   serves no benefit to consumers or competition;

12        b.    engaging in false advertising practices whereby the harm to consumers,

13   competition, and the public far outweighs any utility of the practice, which only serves to deceive

14   consumers and give Lenovo an unfair advantage; and

15        c.    engaging in false and misleading advertising in contravention of public

16   policy, including such public policy as reflected in Cal. Bus. & Prof. Code §§ 17200 and 17500,

17   Cal. Civ. Code § 1770(a)(13), and 16 C.F.R. §§ 233.1 and 233.5.

18   187.    Lenovo has violated the "unlawful," "fraudulent," and "unfair" prongs of

19   California's Unfair Competition Law, Bus. Prof. Code §§ 17200, *et seq.* ("UCL") by knowingly

20   violating a court-approved class action settlement intended to curb Lenovo's deceptive pricing

21   practices, resulting in significant harm to the consumers whom the class action settlement

22   agreement was intended to protect.

### SEVENTH CAUSE OF ACTION
**Intentional Misrepresentation**
**(On behalf of the Nationwide Est Value Class)**

25   188.    Plaintiffs incorporate by reference each of the allegations contained in the preceding

26   paragraphs of this Complaint.

27   189.    Plaintiffs bring this cause of action on behalf of themselves and the members of the

28   Nationwide Est Value Class (as used as this cause of action, "class members").

190.    As alleged herein, Lenovo made false representations and material omissions to Plaintiffs and the class members concerning the existence, duration, and/or nature of the price reductions and savings advertised on its website.

191.    As part of those false representations, Lenovo engaged in the following practices:

a.    falsely representing that the savings advertised on its website reflected bona fide price reductions, when in fact the price reductions were inflated because they were based off inflated reference prices;

b.    falsely representing that the estimated values on its website reflected bona fide estimated values of its products, when in fact the estimated prices were inflated and did not reflect a bona fide estimate of the products' values; and

c.    falsely representing that Plaintiffs and the class members benefitted from discounts and savings advertised on its website, when in fact Plaintiffs and the class members did not receive such benefit, or received substantially less benefit, because the advertised discounts and savings were based on inflated estimated values.

192.    Lenovo intentionally did not disclose material facts regarding the above. Specifically, Lenovo intentionally did not disclose to Plaintiffs and the class members that the price reductions and savings advertised on its website were fictitious because they were based on inflated estimated values which did not reflect bona fide estimates of the products' values. These omissions were material, and had Lenovo disclosed the above information, Plaintiffs and the class members would not have purchased the products or would have paid less for them.

193.    Lenovo's false representations and material omissions are the type of representations and omissions that are regularly considered to be material—i.e., a reasonable person would attach importance to them and would be induced to act on the information in making a purchasing decision.

194.    Lenovo's false representations and material omissions relating to the price reductions and savings displayed on its website are objectively material to the reasonable consumer, and therefore reliance upon such representations may be presumed as a matter of law.

195.    Lenovo intended for Plaintiffs and the class members to rely on its false

1 | representations and material omissions when making purchases on Lenovo's website.

2 | 196.    Lenovo knew that its intentional misrepresentations and material omissions were

3 | false and misleading at the time Lenovo made them and/or acted recklessly in making such

4 | misrepresentations and omissions.

5 | 197.    Plaintiffs and the class members reasonably and justifiably relied to their detriment

6 | on Lenovo's intentional misrepresentations and material omissions.

7 | 198.    Lenovo's intentional misrepresentations and material omissions were a substantial

8 | factor in causing Plaintiffs and the class members to purchase products from Lenovo, and to pay

9 | more for them than they would have otherwise paid.

10 | 199.    As a proximate result of Lenovo's intentional misrepresentations and material

11 | omissions, Plaintiffs and the class members suffered an ascertainable loss and are entitled to

12 | compensatory and punitive damages, in an amount to be determined at trial.

13 | 200.    In making intentional misrepresentations and material omissions to Plaintiffs and the

14 | class members, Lenovo acted with malice, oppression, and fraud. Accordingly, Lenovo is liable to

15 | Plaintiff and the class members for punitive damages in an amount to be determined at trial.

16 | 201.    Lenovo's conduct alleged herein constitutes "fraud," as that term is defined in Cal.

17 | Civ. Code § 3294(c)(3), because such conduct involved intentional misrepresentations, deceit,

18 | and/or concealment of material facts known to Lenovo, and was done with the intent to cause

19 | Plaintiffs and the class members to purchase products they would not have otherwise purchased

20 | and/or pay more for them based on a false perception of their value. Accordingly, Lenovo is liable

21 | to Plaintiffs and the California Est Value Subclass for punitive damages in an amount to be

22 | determined at trial.

### EIGHTH CAUSE OF ACTION
**Negligent Misrepresentation**
**(On behalf of the Nationwide Est Value Class)**

25 | 202.    Plaintiffs incorporate by reference each of the allegations contained in the preceding

26 | paragraphs of this Complaint.

27 | 203.    Plaintiffs bring this cause of action on behalf of themselves and the members of the

28 | Nationwide Est Value Class (as used as this cause of action, "class members").

204.    As alleged herein, Lenovo made false representations and material omissions to Plaintiffs and all Class members concerning the existence, duration, and/or nature of the price reductions and savings advertised on its website.

205.    As part of those false representations, Lenovo engaged in the following practices:

a.    falsely representing that the savings advertised on its website reflected bona fide price reductions, when in fact the price reductions were inflated because they were based off inflated reference prices;

b.    falsely representing that the estimated values on its website reflected bona fide estimated values of its products, when in fact the estimated prices were inflated and did not reflect a bona fide estimate of the products' values; and

c.    falsely representing that Plaintiffs and the class members benefitted from discounts and savings advertised on its website, when in fact Plaintiffs and the class members did not receive such benefit, or received substantially less benefit, because the advertised discounts and savings were based on inflated estimated values.

206.    Lenovo failed to disclose material facts regarding the above.  Specifically, Lenovo intentionally did not disclose to Plaintiffs and the class members that the price reductions and savings advertised on its website were fictitious because they were based on inflated estimated values which did not reflect bona fide estimates of the products' values. These omissions were material, and had Lenovo disclosed the above information, Plaintiffs and the class members would not have purchased the products or would have paid less for them.

207.    Lenovo's false representations and material omissions are the type of representations and omissions that are regularly considered to be material—i.e., a reasonable person would attach importance to them and would be induced to act on the information in making a purchasing decision.

208.    Lenovo's false representations and material omissions relating to the discounts and savings displayed on its website are objectively material to the reasonable consumer, and therefore reliance upon such representations may be presumed as a matter of law.

209.    Lenovo's false representations and material omissions were made to Plaintiffs and the class members for the purpose of affecting their purchasing decisions.

210.   Lenovo had no reasonable grounds for believing that its false representations were true.

211.   Lenovo failed to exercise reasonable care and/or diligence in making its false representations and material omissions to Plaintiffs and the class members.

212.   Plaintiffs and the class members reasonably and justifiably relied to their detriment on Lenovo's false representations and material omissions.

213.   Lenovo's false representations and material omissions were a factor in causing Plaintiffs and the class members to purchase products on Lenovo's website and pay more for them than they would have otherwise paid.

214.   As a proximate result of Lenovo's false representations and material omissions, Plaintiffs and the class members were damaged in an amount to be determined at trial.

## NINTH CAUSE OF ACTION
**Violation of California's Consumers Legal Remedies Act, Cal. Civ. Code §§ 1750, *et seq.*
(On behalf of the California Est Value Subclass)**

215.   Plaintiffs incorporate by reference each of the allegations contained in the preceding paragraphs of this Complaint.

216.   Plaintiffs bring this cause of action on behalf of themselves and the members of the California Est Value Subclass (as used as this cause of action, "class members").

217.   Lenovo violated, and continues to violate, Section 1770(a)(5) of the California Civil Code by representing that products offered for sale on its website have characteristics or benefits which they do not have.  Specifically, Lenovo misled customers about the value of its products by advertising inflated estimated values for products sold on its website.

218.   Lenovo violated, and continues to violate, Section 1770(a)(9) of the California Civil Code by advertising products as discounted when Lenovo intended to, and does in fact, sell them at their regular prices.

219.   Lenovo violated, and continues to violate, Section 1770(a)(13) of the California Civil Code by making false or misleading statements of fact concerning reasons for, existence of, or amounts of, price reductions on its website.

220.   Lenovo violated, and continues to violate, Section 1770(a)(16) of the California Civil Code by representing that its products were supplied in accordance with a previous

representation when they were not.  Specifically, Lenovo represented that its products were sold at a discount based on an inflated estimated value, and that customers would realize savings based on that estimated value.  After customers placed their orders, Lenovo emailed the customers an order confirmation confirming the products were sold at a discount and confirming that customers realized savings equal to the difference between the advertised estimated value and the sale price.  But in fact, Lenovo did not sell its products at the specified discounts and the customers did not realize the advertised savings because the estimated values were artificially inflated.

221.    Pursuant to California Civil Code section 1782(a), Plaintiffs intend to send notice to Lenovo by certified mail detailing its particular violations of Section 1770 of the CLRA, as alleged above, and demanding that Lenovo rectify such violations by (i) giving notice to all affected customers, (ii) removing all false and misleading price reductions and fictitious savings from its website, and (iii) providing restitution and damages to Plaintiffs and the class members.

222.    Pursuant to California Civil Code section 1782(d), if Lenovo fails to rectify, or fails to agree to rectify, its violations of Section 1770 within thirty (30) days of receiving Plaintiffs' letter, Plaintiffs will move to amend this complaint to pursue claims for actual, punitive, and statutory damages under the CLRA. As to this cause of action, at this time, Plaintiffs seek only injunctive relief.

## TENTH CAUSE OF ACTION
### Violation of California's False Advertising Law, Bus. & Prof. Code § 17500
### (On behalf of the California Est Value Subclass)

223.    Plaintiffs incorporate by reference each of the allegations contained in the preceding paragraphs of this Complaint.

224.    Plaintiffs bring this cause of action on behalf of themselves and the members of the California Est Value Subclass (as used as this cause of action, "class members").

225.    Plaintiffs bring this cause of action for public injunctive relief pursuant to Section 17535 of the Business and Professions Code and seek an order enjoining Lenovo from continuing to violate Section 17500.  Plaintiffs are entitled to this forward-looking relief because there is no adequate remedy at law that would protect Plaintiffs, the class members, and the public at large from Lenovo's ongoing violations of Section 17500.

226.    Plaintiffs additionally bring this cause of action for restitution pursuant to Section 17535 of the Business and Professions Code.  Pursuant to Rule 8(a)(3) of the Federal Rules of Civil Procedure, Plaintiffs seek restitution in the alternative to the damages they seeks.  Plaintiffs are entitled to restitution because they lack an adequate remedy at law; the legal remedies available to them are not as equally prompt and certain, and in other ways efficient.

227.    Lenovo has violated, and continues to violate, Section 17500 of the Business and Professions Code by disseminating untrue and misleading advertisements over the internet to Plaintiff and class members.

228.    Lenovo disseminated untrue and misleading advertisements on its website by advertising fictitious price reductions and savings based on inflated estimated values.

229.    Lenovo disseminated such untrue and misleading advertisements with the intent to induce Plaintiff and the class members to purchase products on its website.

230.    Lenovo knew, or by the exercise of reasonable care should have known, that the advertised price reductions and savings were untrue or misleading.

231.    Lenovo fraudulently concealed from and intentionally failed to disclose to Plaintiffs and the class members the truth about its estimated values, and the discounts and savings based thereon.  Specifically, Lenovo failed to inform Plaintiffs and the class members that price reductions and savings advertised on its website were fictitious because they were based on inflated estimated values which do not reflect bona fide estimates of the products' values.

232.    Had Lenovo disclosed this information to Plaintiffs and the class members, they would not have purchased the products in question or would have paid less for them.

233.    Plaintiffs and the class members reasonably relied on Lenovo's representations and/or omissions made in connection with the advertised price reductions and savings and were induced to purchase Lenovo products based on the belief that they were receiving a price reduction and savings on their purchase.

234.    Lenovo's representations and/or omissions made in connection with its estimated values, discounts, and savings were likely to deceive reasonable consumers by obfuscating the true value of Lenovo products.

235.   Had Plaintiffs and the class members known that the price reductions and savings and artificially inflated, they would not have purchased products from Lenovo or would have paid less for them.

236.   As a direct and proximate result of Lenovo's untrue and misleading advertising, Lenovo has improperly acquired money from Plaintiffs and the class members.  As such, Plaintiffs request that this Court order Lenovo to restore this money to them and all the class members.

237.   Lenovo's violations of Section 17500 are ongoing because it continues to advertise misleading estimated values and fictitious discounts and savings to Plaintiffs , the class members, and the public at large.  Unless restrained by this Court, Lenovo will continue to engage in untrue and misleading advertising, as alleged above, in violation of Section 17500.  Accordingly, Plaintiffs seek an injunction enjoining Lenovo from continuing to violate Section 17500.

**ELEVENTH CAUSE OF ACTION**
**Violation of California's Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200,** *et seq.*
**(On behalf of the California Est Value Subclass)**

238.   Plaintiffs incorporate by reference each of the allegations contained in the preceding paragraphs of this Complaint.

239.   Plaintiffs bring this cause of action on behalf of themselves and the members of the California Est Value Subclass (as used as this cause of action, "class members").

240.   Plaintiffs bring this cause of action for public injunctive relief pursuant to Section 17203 of the Business and Professions Code and seeks an order enjoining Lenovo from continuing to violate California's Unfair Competition Law.  Plaintiffs are entitled to this forward-looking relief because there is no adequate remedy at law that would protect Plaintiffs, the class members, and the public at large from Lenovo's ongoing violations of California's Unfair Competition Law.

241.   Plaintiffs additionally bring this cause of action for restitution pursuant to Section 17203 of the Business and Professions Code.  Pursuant to Rule 8(a)(3) of the Federal Rules of Civil Procedure, Plaintiffs seek restitution in the alternative to the damages they seek.  Plaintiffs are entitled to restitution because they lack an adequate remedy at law; the legal remedies available to them are not as equally prompt and certain, and in other ways efficient.

242.   Lenovo has violated, and continues to violate, the "unlawful" prong of California's

Unfair Competition Law, Bus. Prof. Code §§ 17200, *et seq.* ("UCL") by engaging in the following unlawful business acts and practices:

      a.     disseminating untrue and misleading advertisements over the internet by advertising fictitious price reductions and savings based on inflated estimated values in violation of Bus. & Prof. Code § 17500;

      b.     by representing that products offered for sale on its website have characteristics or benefits which they do not have in violation of Civ. Code § 1770(a)(5);

      c.     by advertising products on its website with intent not to sell them as advertised, in violation of Civ. Code § 1770(a)(9);

      d.     making false or misleading statements of fact concerning the reasons for, existence of, or amounts of price reductions as to products sold on its website, in violation of Civ. Code § 1770(a)(13); and

      e.     representing that products sold on its website were supplied in accordance with its previous representations when in fact they were not, in violation of Civ. Code § 1770(a)(16).

243.     Lenovo has violated, and continues to violate, the "fraudulent prong" of the UCL by engaging in the following fraudulent business acts and practices:

      a.     using misrepresentations, deception, and/or concealment of material information in connection with the price reductions and savings advertised on Lenovo's website, such that Plaintiffs and class members were likely to be deceived;

      b.     advertising price reductions and savings that are false, misleading, and/or have a capacity, likelihood, or tendency to deceive Plaintiffs and the class members; and

      c.     failing to provide Plaintiffs and class members with information as to the inflated nature of the estimated values advertised on Lenovo's website.

      d.     Lenovo has violated, and continues to violate, the "unfair" prong of the UCL by engaging in the following unfair business acts and practices:

      e.     advertising false and misleading price reductions and fictitious savings in connection with the sale of products on its website such that Plaintiffs and class members, who

1  could not have reasonably avoided such predatory schemes, have been injured—a practice that

2  serves no benefit to consumers or competition;

3              f.        engaging in false advertising practices whereby the harm to consumers,

4  competition, and the public far outweighs any utility of the practice, which only serves to deceive

5  consumers and give Lenovo an unfair advantage; and

6              g.        engaging in false and misleading advertising in contravention of public

7  policy, including such public policy as reflected in Cal. Bus. & Prof. Code §§ 17200 and 17500,

8  Cal. Civ. Code § 1770(a)(13), and 16 C.F.R. §§ 233.1 and 233.5.

9                                    **RELIEF REQUESTED**

10     WHEREFORE, Plaintiffs, on behalf of themselves and all others similarly situated, request

11  the court order the following relief and enter judgment against Lenovo Inc. as follows:

12     A.      An order certifying that this action may be maintained as a class action, that

13  Plaintiffs be appointed representatives of the Classes defined herein, and that Plaintiffs' counsel be

14  appointed Class Counsel;

15     B.      An order enjoining Lenovo from continuing to violate in the future California's

16  Consumer Legal Remedies Act, False Advertising Law, and Unfair Competition Law, as described

17  herein;

18     C.      A judgment awarding Plaintiffs and the Class members actual and punitive damages

19  in an amount to be determined at trial or, in the alternative, equitable monetary relief including,

20  without limitation, restitution and disgorgement of all money Lenovo improperly acquired from

21  Plaintiffs and Class members as a result of its false advertising and unlawful, unfair, and fraudulent

22  business practices;

23     D.      A judgment awarding Plaintiffs costs of suit; including reasonable attorney's fees

24  pursuant to applicable law or as otherwise permitted by statute;

25     E.      Pre- and post-judgment interest; and

26     F.      Such other and further relief as may be necessary or appropriate under the

27  circumstances.

28

1

## **DEMAND FOR JURY TRIAL**

2          Pursuant to Federal Rule of Civil Procedure 38(b) and Northern District of California Local

3   Rule 3-6, Plaintiffs demand a jury trial on all triable issues.

4

5   Dated:  November 14, 2023          Respectfully submitted,

6

7
                                  By:     /s/ Daniel A. Rozenblatt
8                                         Daniel A. Rozenblatt (SBN 336058)
                                          Natasha Dandavati (SBN 285276)
9                                         Seth W. Wiener (SBN 203747)
                                          EDGE, A PROFESSIONAL LAW CORPORATION
10

11                                        Tarek H. Zohdy (SBN 247775)
                                          Cody R. Padgett (SBN 275553)
12                                        Laura E. Goolsby (SBN 321721)
                                          CAPSTONE LAW APC
13

14                                        Attorneys for Plaintiffs
                                          MARK HERMANSON, CHUN-YU CHEN,
15                                        and SHUANG LIN

16

17

18

19

20

21

22

23

24

25

26

27

28

# __Exhibit A__

| Product Number | Product Name | 4/12/2022 Reg Price | 4/13/2022 Est Value |
|---|---|---|---|
| 82C10004US | Chromebook 3 (14") | 309.99 | 309.99 |
| 81MH005SUS | 14e Chromebook (14") | 314.63 | 314.63 |
| 82GV004KUS | IdeaPad 1 AMD (11") - Platinum Grey | 314.99 | 314.99 |
| 82GV004LUS | IdeaPad 1 AMD (11") - Platinum Grey | 329.99 | 329.99 |
| 81VU00D2US | IdeaPad 1 (14") - Ice Blue | 364.99 | 364.99 |
| 82GW009AUS | IdeaPad 1 (14") - Ice Blue | 364.99 | 364.99 |
| 82G4002QUS | IdeaPad Flex 3 AMD (11") - Abyss Blue | 379.99 | 379.99 |
| 82KN0004US | Chromebook 3 (14") - Abyss Blue | 379.99 | 379.99 |
| 90MV00E5US | IdeaCentre 3 (AMD) Tower | 429.99 | 429.99 |
| 90NB00EAUS | IdeaCentre 3i Tower | 429.99 | 429.99 |
| 82B20002US | IdeaPad Flex 3 (11") - Platinum Grey | 439.99 | 439.99 |
| 82M80013US | Chromebook 5i Intel (14) - Sand | 439.99 | 439.99 |
| 82QS001FUS | Chromebook Duet 5 (13") | 499.99 | 499.99 |
| F0EX0001US | IdeaCentre AIO 3 AMD (22") | 559.99 | 559.99 |
| 82B8001LUX | Chromebook Flex 5 (13") - Graphite Grey | 564.99 | 564.99 |
| 82M70003UX | Flex 5i Chromebook Intel (13") - Abyss Blue | 569.99 | 569.99 |
| 11BWCTO1WWUS1 | ThinkCentre M75n Nano IoT Thin Client | 579.00 | 579.00 |
| 82H801EHUS | IdeaPad 3i Intel (15") - Sand | 579.99 | 579.99 |
| 90NB00ECUS | IdeaCentre 3i Tower | 579.99 | 579.99 |
| 81WB01BKUS | IdeaPad 3 Intel (15") - Almond | 589.99 | 589.99 |
| 90Q6000DCM | IdeaCentre Mini 5i | 589.99 | 589.99 |
| 90Q6000FUT | IdeaCentre Mini 5i | 589.99 | 589.99 |
| 20UX001PUS | NB TP C13Y G1 Chr 3150C 4G 32G CRM | 599.00 | 599.00 |
| F0EV0006US | IdeaCentre AIO 3i (22") | 619.99 | 619.99 |
| 11DTCTO1WWUS1 | ThinkCentre M70q Tiny | 659.00 | 659.00 |
| 81X2009YUS | IdeaPad Flex 5 AMD (14") - Platinum Grey | 669.99 | 669.99 |
| 82KU00YQUS | IdeaPad 3 AMD (15") - Sand | 669.99 | 669.99 |
| F0EV0029US | IdeaCentre AIO 3i (22") | 669.99 | 669.99 |
| 82HU00KBUS | IdeaPad Flex 5 AMD (14") - Platinum Grey | 679.99 | 679.99 |
| 11GWCTO1WWUS1 | ThinkCentre M75n Nano IoT | 699.00 | 699.00 |
| 82H801DXUS | IdeaPad 3i Intel (15") - Sand | 699.99 | 699.99 |
| F0G10003US | IdeaCentre AIO 3 (24") | 699.99 | 699.99 |
| 82KU00YTUS | IdeaPad 3 AMD (15") - Abyss Blue | 719.99 | 719.99 |
| 82HU00K8US | IdeaPad Flex 5 AMD (14") - Platinum Grey | 729.99 | 729.99 |
| 11DCCTO1WWUS1 | ThinkCentre M70s ES Certified Small Form Factor | 739.00 | 739.00 |
| 11EXCTO1WWUS1 | ThinkCentre M70s Small Form Factor | 739.00 | 739.00 |
| 82HV0040US | IdeaPad Flex 5 AMD (15") - Graphite Grey | 739.99 | 739.99 |
| 82H801E2US | IdeaPad 3i Intel (15") - Sand | 749.99 | 749.99 |
| 11DACTO1WWUS1 | ThinkCentre M70t ES Certified Tower | 759.00 | 759.00 |
| 11EVCTO1WWUS1 | ThinkCentre M70t Tower | 759.00 | 759.00 |
| F0EV0027US | IdeaCentre AIO 3i (22") | 769.99 | 769.99 |
| 11G4CTO1WWUS1 | ThinkCentre M75n Nano Thin Client | 789.00 | 789.00 |

1

| Product Number | Product Name | 4/12/2022 Reg Price | 4/13/2022 Est Value |
|---|---|---|---|
| 11JBCTO1WWUS1 | ThinkCentre M75s Gen 2 ES Certified Small Form Factor | 799.00 | 799.00 |
| 11JDCTO1WWUS1 | ThinkCentre M75s Gen 2 Small Form Factor | 809.00 | 809.00 |
| 11BSCTO1WWUS1 | ThinkCentre M75n Nano | 819.00 | 819.00 |
| F0EV0028US | IdeaCentre AIO 3i (22") | 819.99 | 819.99 |
| 82H801DYUS | IdeaPad 3i Intel (15") - Abyss Blue | 829.99 | 829.99 |
| 82HU00JUUS | IdeaPad Flex 5 AMD (14") - Graphite Grey | 829.99 | 829.99 |
| 11CSCTO1WWUS1 | ThinkCentre M80t ES Certified Tower | 869.00 | 869.00 |
| 82EY0028US | IdeaPad Gaming 3 AMD (15") - Onyx Black | 869.99 | 869.99 |
| 11CUCTO1WWUS1 | ThinkCentre M80s ES Certified Small Form Factor | 879.00 | 879.00 |
| F0FR0000US | DT IC AIO 3 24IIL5 I51035G4 1TB 8G | 879.99 | 879.99 |
| 11EKCTO1WWUS1 | ThinkCentre M80t Tower | 889.00 | 889.00 |
| 11EMCTO1WWUS1 | ThinkCentre M80s Small Form Factor | 899.00 | 899.00 |
| 81WF004WUS | IdeaPad 3 Intel (17") | 899.99 | 899.99 |
| 82BHCTO1WWUS1 | Yoga 7i 14" | 899.99 | 899.99 |
| 82HS00R1US | IdeaPad Flex 5 Intel (14") - Abyss Blue | 899.99 | 899.99 |
| 82FG015LUS | IdeaPad 5 Intel (15") - Graphite Grey | 919.99 | 919.99 |
| 11D4CTO1WWUS1 | ThinkCentre M90t Tower | 929.00 | 929.00 |
| 11DNCTO1WWUS1 | ThinkCentre M80q | 929.00 | 929.00 |
| 82HT006PUS | IdeaPad Flex 5 Intel (15") - Graphite Grey | 929.99 | 929.99 |
| 82K100LQUS | IdeaPad Gaming 3i Intel (15") - Shadow Black | 929.99 | 929.99 |
| F0G00006US | IdeaCentre AIO 3i Intel (24") | 929.99 | 929.99 |
| 11D1CTO1WWUS1 | ThinkCentre M90s ES Certified Small Form Factor | 939.00 | 939.00 |
| 11D6CTO1WWUS1 | ThinkCentre M90s Small Form Factor | 939.00 | 939.00 |
| 82BJCTO1WWUS1 | Yoga 7 15" | 949.99 | 949.99 |
| 11CYCTO1WWUS1 | ThinkCentre M90t ES Certified Tower | 959.00 | 959.00 |
| 20Y7CTO1WWUS1 | ThinkPad E14 Gen 3 AMD (14") | 971.00 | 971.00 |
| 20TACTO1WWUS1 | ThinkPad E14 Gen 2 Intel (14") | 974.00 | 974.00 |
| 11GJS00E00 | ThinkCentre M70c Small Form Factor | 979.00 | 979.00 |
| 82EY002AUS | IdeaPad Gaming 3 AMD (15") - Onyx Black | 979.99 | 979.99 |
| 11BSS02F00 | ThinkCentre M75n Nano | 1,029.00 | 1,029.00 |
| 11GJS00B00 | ThinkCentre M70c Small Form Factor | 1,029.00 | 1,029.00 |
| 20SES0YM00 | ThinkPad 11e Yoga Gen 6 (11") | 1,029.00 | 1,029.00 |
| 20VHCTO1WWUS1 | ThinkPad L13 Gen 2 | 1,029.00 | 1,029.00 |
| GAMERSPRINGBNDL | IdeaPad Gaming 3 15" Laptop + Farming Simulator 22 - Windows | 1,029.98 | 1,029.98 |
| 20TDCTO1WWUS1 | ThinkPad E15 Gen 2 Intel (15") | 1,034.00 | 1,034.00 |
| 20X5CTO1WWUS1 | ThinkPad L14 Gen 2 AMD (14") | 1,065.00 | 1,065.00 |
| 11CKCTO1WWUS1 | ThinkCentre M70a 21.5" AIO | 1,079.00 | 1,079.00 |
| 82HT006NUS | IdeaPad Flex 5 Intel (15") - Graphite Grey | 1,079.99 | 1,079.99 |
| 81SX015HUS | Legion Y540 (15") with RTX 2060 | 1,099.99 | 1,099.99 |
| 82JWCTO1WWUS1 | Legion 5 Gen 6 AMD (15") Standard with Nvidia GPU | 1,099.99 | 1,099.99 |
| 82K100LSUS | IdeaPad Gaming 3i Intel (15") | 1,099.99 | 1,099.99 |

| Product Number | Product Name | 4/12/2022 Reg Price | 4/13/2022 Est Value |
|---|---|---|---|
| 11R8000KUS | ThinkCentre M75s Gen 2 Small Form Factor | 1,129.00 | 1,129.00 |
| 20YGCTO1WWUS1 | ThinkPad E15 Gen 3 AMD (15") | 1,132.00 | 1,132.00 |
| 21A20085US | ThinkBook 14 Gen 3 AMD (14") | 1,139.00 | 1,139.00 |
| F0G4004BUS | IdeaCentre AIO 5i (27" Intel) All In One | 1,139.99 | 1,139.99 |
| 11BSS02G00 | ThinkCentre M75n | 1,149.00 | 1,149.00 |
| 20U5S0NY00 | ThinkPad L14 AMD (14") | 1,149.00 | 1,149.00 |
| 82K0CTO1WWUS1 | Legion 5 Gen 6 17" AMD Standard | 1,149.99 | 1,149.99 |
| 82K100LTUS | IdeaPad Gaming 3i Intel (15") - Shadow Black | 1,149.99 | 1,149.99 |
| 11DT004GUS | ThinkCentre M70q Tiny | 1,159.00 | 1,159.00 |
| 82BJ0085US | Yoga 7i (15") - Slate Grey | 1,169.99 | 1,169.99 |
| 11GJS00D00 | ThinkCentre M70c Small Form Factor | 1,179.00 | 1,179.00 |
| 82K100LPUS | IdeaPad Gaming 3i Intel (15") - Shadow Black | 1,179.99 | 1,179.99 |
| 20TA00LDUS | ThinkPad E14 Gen 2 Intel (14") - Black | 1,189.00 | 1,189.00 |
| 20U5S0P000 | ThinkPad L14 AMD (14") | 1,189.00 | 1,189.00 |
| SPRINGGAMERBNDL | IdeaPad Gaming 3i Intel (15") + Farming Simulator 22 - Windows | 1,199.98 | 1,199.98 |
| 82JKCTO1WWUS1 | Legion 5 Gen 6 15" Standard | 1,199.99 | 1,199.99 |
| 20X3CTO1WWUS1 | ThinkPad L15 Gen 2 Intel | 1,204.00 | 1,204.00 |
| 82BJ0080US | Yoga 7i (15") - Slate Grey | 1,209.99 | 1,209.99 |
| 20X1CTO1WWUS1 | ThinkPad L14 Gen 2 Intel | 1,214.00 | 1,214.00 |
| 11GJS00C00 | ThinkCentre M70c Small Form Factor | 1,219.00 | 1,219.00 |
| 20X1005SUS | ThinkPad L14 Gen 2 Intel (14") | 1,219.00 | 1,219.00 |
| 11CDCTO1WWUS1 | ThinkCentre M90a 23.8" AIO | 1,229.00 | 1,229.00 |
| 20X50017US | ThinkPad L14 Gen 2 AMD (14") | 1,249.00 | 1,249.00 |
| 20X70057US | NB TP L15 AMD G2 R3_PRO 4G 256G 10H | 1,249.00 | 1,249.00 |
| 20YA001MUS | ThinkBook 13s Gen 3 AMD (13") | 1,269.00 | 1,269.00 |
| 20VE004MUS | ThinkBook 15 Gen 2 Intel (15") | 1,279.00 | 1,279.00 |
| 90RS001FUS | Legion Tower 5i Gen 6 (Intel) with RTX 3060 | 1,289.99 | 1,289.99 |
| 82B30003US | Legion 5i (17") with GTX 1650 Ti | 1,299.99 | 1,299.99 |
| 82BGCTO1WWUS1 | Yoga 9i 14" | 1,299.99 | 1,299.99 |
| 82JNCTO1WWUS1 | Legion 5 Gen 6 17" Standard | 1,299.99 | 1,299.99 |
| 82JSCTO1WWUS1 | Legion 5 Pro Gen 6 16" AMD Standard with Nvidia GPU | 1,299.99 | 1,299.99 |
| 82NWCTO1WWUS1 | Legion 5 15" Premium with AMD GPU | 1,299.99 | 1,299.99 |
| 20U5S0NT00 | ThinkPad L14 AMD (14") | 1,319.00 | 1,319.00 |
| 11R8000JUS | ThinkCentre M75s Gen 2 Small Form Factor | 1,339.00 | 1,339.00 |
| 30EQCTO1WWUS1 | ThinkStation P348 Tower Workstation | 1,349.00 | 1,349.00 |
| 20VE007FUS | NBLN TB 15 G2 ITL I5 8G 8G 512G 10P | 1,359.00 | 1,359.00 |
| 20YG003GUS | ThinkPad E15 Gen 3 AMD (15") | 1,379.00 | 1,379.00 |
| 30DHCTO1WWUS1 | ThinkStation P340 Tower Workstation | 1,379.00 | 1,379.00 |
| 30DKCTO1WWUS1 | ThinkStation P340 SFF Workstation | 1,379.00 | 1,379.00 |
| 20VE004LUS | ThinkBook 15 Gen 2 Intel (15") | 1,399.00 | 1,399.00 |
| 82JFCTO1WWUS1 | Legion 5 PRO 16" Intel Standard with Nvidia GPU | 1,399.99 | 1,399.99 |

| Product Number | Product Name | 4/12/2022 Reg Price | 4/13/2022 Est Value |
|---|---|---|---|
| 82JYCTO1WWUS1 | Legion 5 Gen 6 17" AMD Premium | 1,399.99 | 1,399.99 |
| 20TA004GUS | ThinkPad E14 Gen 2 Intel (14") - Black | 1,409.00 | 1,409.00 |
| 11JXCTO1WWUS1 | ThinkCentre M90a with ePrivacy 23.8" AIO | 1,429.00 | 1,429.00 |
| 82JW00BGUS | Legion 5 Gen 6 AMD (15") - Stingray | 1,429.99 | 1,429.99 |
| 11CKS06D00 | ThinkCentre M70a (21.5") All-in-One | 1,449.00 | 1,449.00 |
| 82LU001LUS | Yoga 9i Gen 7 (Intel) 14" - Storm Grey | 1,449.99 | 1,449.99 |
| 20VKCTO1WWUS1 | ThinkPad L13 Yoga Gen 2 Intel (13") | 1,464.00 | 1,464.00 |
| 21EB0020US | ThinkPad E14 Gen 4 AMD (14") - Silver | 1,469.00 | 1,469.00 |
| 20X70058US | NB TP L15 AMD G2 R5_PRO 8G 256G 10P | 1,479.00 | 1,479.00 |
| 82BG009XUS | Yoga 9i (14") - Mica | 1,479.99 | 1,479.99 |
| 30DFCTO1WWUS1 | ThinkStation P340 - Tiny | 1,489.00 | 1,489.00 |
| 20VE007GUS | Lenovo ThinkBook ThinkBook 15 G2 ITL | 1,499.00 | 1,499.00 |
| 82JHCTO1WWUS1 | Legion 5 Gen 6 15" Premium | 1,499.99 | 1,499.99 |
| 82K8CTO1WWUS1 | Legion Slim 7 Gen 6 AMD (15") | 1,499.99 | 1,499.99 |
| 20XKCTO1WWUS1 | ThinkPad T14 Gen 2 AMD (14") | 1,510.00 | 1,510.00 |
| 20VE004HUS | ThinkBook 15 Gen 2 Intel (15") | 1,549.00 | 1,549.00 |
| 82JMCTO1WWUS1 | Legion 5 Gen 6 17" Premium | 1,549.99 | 1,549.99 |
| 11MQA001US | ThinkCentre M90q Tiny Gen 2 | 1,559.00 | 1,559.00 |
| 20YG003JUS | ThinkPad E15 Gen 3 AMD (15") | 1,559.00 | 1,559.00 |
| 20X7CTO1WWUS1 | ThinkPad L15 Gen 2 AMD (15") | 1,560.00 | 1,560.00 |
| 20R30039US | ThinkPad L13 Intel (13") - Silver | 1,589.00 | 1,589.00 |
| 82JH008GUS | Legion 5i Gen 6 Intel (15") with RTX 3060 - Phantom Blue | 1,589.99 | 1,589.99 |
| 82JUCTO1WWUS1 | Legion 5 Gen 6 AMD (15") Premium with Nvidia GPU | 1,599.99 | 1,599.99 |
| 30DFS00C00 | ThinkStation P340 Tiny Workstation | 1,619.00 | 1,619.00 |
| 20WKCTO1WWUS1 | ThinkPad X13 Gen 2 Intel (13") | 1,621.00 | 1,621.00 |
| 20UD0006US | ThinkPad T14 AMD (14") | 1,639.00 | 1,639.00 |
| 20U5S0NV00 | ThinkPad L14 AMD (14") | 1,649.00 | 1,649.00 |
| 82BG009WUS | Yoga 9i (14") - Shadow Black | 1,649.99 | 1,649.99 |
| 20TD00J5US | ThinkPad E15 Gen 2 Intel (15") - Black | 1,659.00 | 1,659.00 |
| 82D2000PUS | IdeaPad Slim 9 (14") - Shadow Black | 1,669.99 | 1,669.99 |
| 82JN0021US | Legion 5 Gen 6 Intel (17") with RTX™ 3050 Ti | 1,669.99 | 1,669.99 |
| 20U5S0NQ00 | ThinkPad L14 AMD (14") | 1,679.00 | 1,679.00 |
| 82BG00A3US | Yoga 9i (14") - Shadow Black | 1,689.99 | 1,689.99 |
| 82JQCTO1WWUS1 | Legion 5 Pro Gen 6 16" AMD Premium with Nvidia GPU | 1,699.99 | 1,699.99 |
| 11CK0047US | Desktop TC M70a I510400 8G N W10P | 1,719.00 | 1,719.00 |
| 30DKS00P00 | ThinkStation P340 SFF Workstation | 1,729.00 | 1,729.00 |
| 30DHS00N00 | ThinkStation P340 Tower Workstation | 1,739.00 | 1,739.00 |
| 30EQ01VTUS | ThinkStation P348 Tower Workstation | 1,739.00 | 1,739.00 |
| 82K80080US | Legion Slim 7 Gen 6 AMD (15") with RTX 3060 | 1,739.99 | 1,739.99 |
| 20UB001FUS | ThinkPad X1 Yoga Gen 5 Intel (14") | 1,749.00 | 1,749.00 |
| 82JDCTO1WWUS1 | Legion 5 PRO 16" Intel Premium with Nvidia GPU | 1,749.99 | 1,749.99 |
| 82JY009FUS | Legion 5 Gen 6 AMD (17") with RTX 3070 | 1,749.99 | 1,749.99 |

| Product Number | Product Name | 4/12/2022 Reg Price | 4/13/2022 Est Value |
|---|---|---|---|
| 82NW002NUS | Legion 5 Gen 6 AMD (15") - Phantom Blue | 1,749.99 | 1,749.99 |
| 30E50039US | ThinkStation P350 SFF Workstation | 1,759.00 | 1,759.00 |
| 82BG000BUS | Yoga 9i (14") - Shadow Black | 1,769.99 | 1,769.99 |
| 30E30073US | ThinkStation P350 Tower Workstation | 1,779.00 | 1,779.00 |
| 82D2000NUS | IdeaPad Slim 9 (14") - Shadow Black | 1,779.99 | 1,779.99 |
| 20UDS17Y00 | ThinkPad T14 AMD (14") - Black | 1,789.00 | 1,789.00 |
| 20X50052US | NB TP L14 AMD G2 R5_PRO 16G 512G 10P | 1,789.00 | 1,789.00 |
| 20XH002LUS | ThinkPad X13 Gen 2 AMD (13") - Black | 1,789.00 | 1,789.00 |
| 20XK0013US | ThinkPad T14 Gen 2 AMD (14") - Black | 1,789.00 | 1,789.00 |
| 81YT0039US | Legion 7i (15") with RTX 2060 | 1,789.99 | 1,789.99 |
| 20XH005DUS | ThinkPad X13 Gen 2 AMD (13") - Black | 1,799.00 | 1,799.00 |
| 82K6CTO1WWUS1 | Legion 7i Gen 6 Intel (16") with RTX 3060 | 1,799.99 | 1,799.99 |
| 82N6CTO1WWUS1 | Legion 7 Gen 6 16" AMD | 1,799.99 | 1,799.99 |
| 82JH008MUS | Legion 5 Gen 6 Intel (15") with RTX 3060 - Stingray White | 1,809.99 | 1,809.99 |
| 20UW0010US | ThinkPad X12 Detachable (12") | 1,819.00 | 1,819.00 |
| 82BC0000US | Legion Slim 7i (15") with RTX 2060 | 1,819.99 | 1,819.99 |
| 82BG00A2US | Yoga 9i (14") - Shadow Black | 1,829.99 | 1,829.99 |
| 82JY009JUS | Legion 5 Gen 6 AMD (17") | 1,829.99 | 1,829.99 |
| 21ED0049US | ThinkPad E15 Gen 4 AMD (15") - Mineral Metallic | 1,849.00 | 1,849.00 |
| 20UHS0QX00 | ThinkPad T14s AMD (14") - Black | 1,859.00 | 1,859.00 |
| 82DE0031US | Yoga 9i (15") - Slate Grey | 1,869.99 | 1,869.99 |
| 82NW002PUS | Legion 5 Gen 6 AMD (15") - Phantom Blue | 1,879.99 | 1,879.99 |
| 11MQS02400 | ThinkCentre M90q Tiny Gen 2 | 1,939.00 | 1,939.00 |
| 20X50051US | ThinkPad L14 Gen 2 AMD (14") | 1,939.00 | 1,939.00 |
| 20R50037US | ThinkPad L13 Yoga Intel (13") - Black | 1,949.00 | 1,949.00 |
| 21A00064US | ThinkPad P14s Gen 2 AMD (14") - Mobile Workstation - Black | 1,959.00 | 1,959.00 |
| 21A0CTO1WWUS2 | ThinkPad P14s Gen 2 AMD (14") - Mobile Workstation | 1,959.00 | 1,959.00 |
| 82JH008LUS | Legion 5i Gen 6 Intel (15") with RTX 3070 - Phantom Blue | 1,959.99 | 1,959.99 |
| 20UW0011US | ThinkPad X12 Detachable (12") | 1,969.00 | 1,969.00 |
| 20R50038US | ThinkPad L13 Yoga Intel (13") - Black | 1,979.00 | 1,979.00 |
| 20VH0029US | ThinkPad L13 Gen 2 Intel (13") - Black | 1,979.00 | 1,979.00 |
| 20XF004NUS | ThinkPad T14s Gen 2 AMD (14") - Black | 1,979.00 | 1,979.00 |
| 82K8007WUS | Legion Slim 7 Gen 6 AMD (15") with RTX 3060 | 1,979.99 | 1,979.99 |
| 20WK005HUS | ThinkPad X13 Gen 2 Intel (13") - Black | 2,009.00 | 2,009.00 |
| 20UWCTO1WWUS1 | ThinkPad X12 Detachable (12") | 2,016.00 | 2,016.00 |
| 21C5000TUS | ThinkPad L14 Gen 3 AMD (14") | 2,029.00 | 2,029.00 |
| 21C7000UUS | ThinkPad L15 Gen 3 AMD (15") - Thunder Black | 2,029.00 | 2,029.00 |
| 90Q800CTUS | Legion Tower 7i with RTX 3070 | 2,029.99 | 2,029.99 |
| 20W8CTO1WWUS1 | ThinkPad X13 Yoga Gen 2 Intel (13") | 2,049.00 | 2,049.00 |
| 20TD00J6US | ThinkPad E15 Gen 2 Intel (15") - Black | 2,069.00 | 2,069.00 |
| 82JQ00FFUS | Legion 5 Pro Gen 6 AMD (16") with RTX 3070 | 2,079.99 | 2,079.99 |
| 20X1003GUS | ThinkPad L14 Gen 2 Intel (14") | 2,089.00 | 2,089.00 |

| Product Number | Product Name | 4/12/2022 Reg Price | 4/13/2022 Est Value |
|---|---|---|---|
| 20X1005VUS | ThinkPad L14 Gen 2 Intel (14") | 2,089.00 | 2,089.00 |
| 20UD002JUS | ThinkPad T14 AMD Gen 1 | 2,099.00 | 2,099.00 |
| 21A00067US | ThinkPad P14s Gen 2 AMD (14") - Mobile Workstation - Black | 2,099.00 | 2,099.00 |
| 30EQ01VUUS | ThinkStation P348 Tower Workstation | 2,099.00 | 2,099.00 |
| 20W8001VUS | ThinkPad X13 Yoga Gen 2 Intel (13") | 2,119.00 | 2,119.00 |
| 21A0003KUS | ThinkPad P14s Gen 2 AMD (14") - Mobile Workstation | 2,119.00 | 2,119.00 |
| 21A00065US | ThinkPad P14s Gen 2 AMD (14") - Mobile Workstation - Black | 2,119.00 | 2,119.00 |
| 20XFCTO1WWUS1 | ThinkPad T14s Gen 2 AMD (14") | 2,120.00 | 2,120.00 |
| 20XF0031US | ThinkPad T14s Gen 2 AMD (14") - Black | 2,129.00 | 2,129.00 |
| 20XF004QUS | ThinkPad T14s Gen 2 AMD (14") - Black | 2,129.00 | 2,129.00 |
| 20W0CTO1WWUS1 | ThinkPad T14 Gen 2 Intel (14") | 2,133.00 | 2,133.00 |
| 20W4CTO1WWUS1 | ThinkPad T15 Gen 2 Intel (15") | 2,133.00 | 2,133.00 |
| 21A7CTO1WWUS1 | ThinkPad T15p Gen 2 Intel (15") | 2,149.00 | 2,149.00 |
| 30EQ01VWUS | ThinkStation P348 Tower Workstation | 2,159.00 | 2,159.00 |
| 20UW0014US | ThinkPad X12 Detachable (12") | 2,169.00 | 2,169.00 |
| 20W4002HUS | ThinkPad T15 Gen 2 Intel (15") - Black | 2,189.00 | 2,189.00 |
| 20W6CTO1WWUS1 | ThinkPad P15s Gen 2 Intel (15") - Mobile Workstation | 2,189.00 | 2,189.00 |
| 20UHS0QT00 | ThinkPad T14s AMD (14") - Black | 2,199.00 | 2,199.00 |
| 20VXCTO1WWUS1 | P14s Gen 2 Intel (14") - Mobile Workstation | 2,209.00 | 2,209.00 |
| 20UW0012US | ThinkPad X12 Detachable (12") | 2,219.00 | 2,219.00 |
| 20XF004PUS | ThinkPad T14s Gen 2 AMD (14") - Black | 2,219.00 | 2,219.00 |
| 20XK0015US | NB TP T14 AMD G2 R5_PRO 16G 512G 10P | 2,229.00 | 2,229.00 |
| 21A9CTO1WWUS2 | ThinkPad P15v Gen 2 Intel (15") - Mobile Workstation with Linux | 2,239.00 | 2,239.00 |
| 20XH003SUS | ThinkPad X13 Gen 2 AMD (13") - Black | 2,259.00 | 2,259.00 |
| 20XH005GUS | ThinkPad X13 Gen 2 AMD (13") - Black | 2,259.00 | 2,259.00 |
| 21A00068US | ThinkPad P14s Gen 2 AMD (14") - Mobile Workstation - Black | 2,259.00 | 2,259.00 |
| 20WMCTO1WWUS1 | ThinkPad T14s Gen 2 Intel (14") - Villi Black | 2,289.00 | 2,289.00 |
| 20XH005FUS | ThinkPad X13 Gen 2 AMD (13") - Black | 2,289.00 | 2,289.00 |
| 21A7003UUS | ThinkPad T15p Gen 2 Intel (15") | 2,289.00 | 2,289.00 |
| 20WMCTO1WWUS2 | ThinkPad T14s Gen 2 Intel (14") - Storm Grey | 2,309.00 | 2,309.00 |
| 20UW0015US | ThinkPad X12 Detachable (12") | 2,319.00 | 2,319.00 |
| 20WK005FUS | ThinkPad X13 Gen 2 Intel (13") - Black | 2,319.00 | 2,319.00 |
| 90Q800CWUS | Legion Tower 7i with RTX 3070 | 2,329.99 | 2,329.99 |
| 20XWCTO1WWUS3 | ThinkPad X1 Carbon Gen 9 Intel (14") with Linux | 2,336.00 | 2,336.00 |
| 20UW0013US | ThinkPad X12 Detachable (12") | 2,339.00 | 2,339.00 |
| 30DF0086US | ThinkStation P340 Tiny Workstation | 2,359.00 | 2,359.00 |
| 20X1003HUS | ThinkPad L14 Gen 2 Intel (14") | 2,369.00 | 2,369.00 |
| 20X1005WUS | ThinkPad L14 Gen 2 Intel (14") | 2,369.00 | 2,369.00 |
| 20XF004RUS | ThinkPad T14s AMD G2 | 2,369.00 | 2,369.00 |
| 20XWCTO1WWUS1 | ThinkPad X1 Carbon Gen 9 Intel (14") | 2,378.00 | 2,378.00 |
| 20WM01J6US | ThinkPad T14s Gen 2 Intel (14") - Black | 2,399.00 | 2,399.00 |

| Product Number | Product Name | 4/12/2022 Reg Price | 4/13/2022 Est Value |
|---|---|---|---|
| 21A9CTO1WWUS1 | ThinkPad P15v Gen 2 Intel (15") - Mobile Workstation | 2,399.00 | 2,399.00 |
| F0E5003BUS | Yoga A940 AIO (27") - Iron Grey | 2,399.99 | 2,399.99 |
| 20WH000KUS | ThinkBook Plus Gen 2 (Intel) | 2,429.00 | 2,429.00 |
| 20VX00GSUS | ThinkPad P14s Intel (14") - Mobile Workstation | 2,439.00 | 2,439.00 |
| 20W600FDUS | ThinkPad P15s Gen 2 Intel (15") - Mobile Workstation | 2,439.00 | 2,439.00 |
| 21A7003VUS | ThinkPad T15p Gen 2 Intel (15") | 2,439.00 | 2,439.00 |
| 20XW003EUS | ThinkPad X1 Carbon Gen 9 Intel (14") | 2,459.00 | 2,459.00 |
| 20W8001UUS | ThinkPad X13 Yoga Gen 2 Intel (13") | 2,469.00 | 2,469.00 |
| 20UNCTO1WWUS1 | ThinkPad X1 Nano Intel (13") | 2,479.00 | 2,479.00 |
| 20XYCTO1WWUS2 | ThinkPad X1 Yoga Gen 6 Intel (14") with Linux | 2,489.00 | 2,489.00 |
| 20RK000PUS | ThinkPad X1 Fold (13") | 2,499.00 | 2,499.00 |
| 20UN0009US | ThinkPad X1 Nano Intel (13") - Classic Black | 2,499.00 | 2,499.00 |
| 20W4002JUS | ThinkPad T15 Gen 2 Intel (15") - Black | 2,499.00 | 2,499.00 |
| 20W4002PUS | ThinkPad T15 Gen 2 Intel (15") - Storm Grey | 2,499.00 | 2,499.00 |
| 20W400K8US | ThinkPad T15 Gen 2 (15") Intel - Black | 2,519.00 | 2,519.00 |
| 20XF004TUS | ThinkPad T14s Gen 2 AMD (14") - Black | 2,519.00 | 2,519.00 |
| 82BC0001US | Legion Slim 7i (15") with RTX 2060 | 2,519.99 | 2,519.99 |
| 21AK0043US | ThinkPad P14s Gen 3 Intel (14") Mobile Workstation - Black | 2,529.00 | 2,529.00 |
| 30BXCTO1WWUS1 | ThinkStation P520c | 2,529.00 | 2,529.00 |
| 20XYCTO1WWUS1 | ThinkPad X1 Yoga Gen 6 Intel (14") | 2,544.00 | 2,544.00 |
| 20WK005DUS | ThinkPad X13 Gen 2 Intel (13") - Black | 2,559.00 | 2,559.00 |
| 20VX00GTUS | ThinkPad P14s Intel (14") - Mobile Workstation | 2,589.00 | 2,589.00 |
| 20W600FEUS | ThinkPad P15s Gen 2 Intel (15") - Mobile Workstation | 2,589.00 | 2,589.00 |
| 20WH000LUS | ThinkBook Plus Gen 2 (Intel) | 2,609.00 | 2,609.00 |
| 30DHS0B000 | ThinkStation P340 Tower Workstation | 2,609.00 | 2,609.00 |
| 21A90088US | ThinkPad P15v Gen 2 Intel (15") - Mobile Workstation | 2,629.00 | 2,629.00 |
| 20XY0022US | ThinkPad X1 Yoga Gen 6 Intel (14") | 2,639.00 | 2,639.00 |
| 20YQCTO1WWUS2 | ThinkPad P15 Gen 2 Intel (15") - Mobile Workstation with Linux | 2,639.00 | 2,639.00 |
| 21A7003WUS | ThinkPad T15p Gen 2 Intel (15") | 2,639.00 | 2,639.00 |
| 20UB0067US | ThinkPad X1 Yoga Gen 5 Intel (14") | 2,649.00 | 2,649.00 |
| 21AK0044US | ThinkPad P14s Gen 3 Intel (14") Mobile Workstation - Black | 2,669.00 | 2,669.00 |
| 30DKS04W00 | ThinkStation P340 SFF Workstation | 2,669.00 | 2,669.00 |
| 30EQ01W0US | ThinkStation P348 Tower Workstation | 2,669.00 | 2,669.00 |
| 20XY00B8US | ThinkPad X1 Yoga Gen 6 Intel (14") | 2,679.00 | 2,679.00 |
| 30E50035US | ThinkStation P350 SFF Workstation | 2,679.00 | 2,679.00 |
| 30EQ01VXUS | ThinkStation P348 Tower Workstation | 2,679.00 | 2,679.00 |
| 20W0003LUS | ThinkPad T14 Gen 2 Intel (14") - Black | 2,699.00 | 2,699.00 |
| 20W4002KUS | ThinkPad T15 Gen 2 Intel (15") - Black | 2,699.00 | 2,699.00 |
| 20WM0052US | ThinkPad T14s Gen 2 Intel (14") - Black | 2,699.00 | 2,699.00 |
| 20W400K7US | ThinkPad T15 Gen 2 (15") Intel - Black | 2,709.00 | 2,709.00 |
| 20WM01J7US | ThinkPad T14s Gen 2 Intel (14") - Black | 2,709.00 | 2,709.00 |

| Product Number | Product Name | 4/12/2022 Reg Price | 4/13/2022 Est Value |
|---|---|---|---|
| 20S0S3BK00 | ThinkPad T14 Intel (14") - Black | 2,739.00 | 2,739.00 |
| 20RK000MUS | ThinkPad X1 Fold (13") | 2,749.00 | 2,749.00 |
| 20Y3CTO1WWUS2 | ThinkPad P1 Gen 4 Intel (16") - Mobile Workstation with Linux | 2,749.00 | 2,749.00 |
| 20YQCTO1WWUS1 | ThinkPad P15 Gen 2 Intel (15") - Mobile Workstation | 2,759.00 | 2,759.00 |
| 30BECTO1WWUS1 | ThinkStation P520 | 2,759.00 | 2,759.00 |
| 21A9004AUS | NB WS P15v G2 I7 16G 512G 10P | 2,769.00 | 2,769.00 |
| 21A90089US | ThinkPad P15v Gen 2 Intel (15") - Mobile Workstation | 2,769.00 | 2,769.00 |
| 20T0S29P00 | ThinkPad T14s Intel (14") - Black | 2,789.00 | 2,789.00 |
| 20VX00DAUS | ThinkPad P14s Intel (14") - Mobile Workstation | 2,789.00 | 2,789.00 |
| 20W400K9US | ThinkPad T15 Gen 2 (15") Intel - Black | 2,789.00 | 2,789.00 |
| 20W600FFUS | ThinkPad P15s Gen 2 Intel (15") - Mobile Workstation | 2,789.00 | 2,789.00 |
| 21A7003XUS | ThinkPad T15p Gen 2 Intel (15") | 2,789.00 | 2,789.00 |
| 20RK000JUS | ThinkPad X1 Fold (13") | 2,799.00 | 2,799.00 |
| 20SX004BUS | ThinkPad X13 Yoga Intel (13") | 2,799.00 | 2,799.00 |
| 20W8001QUS | ThinkPad X13 Yoga Gen 2 Intel (13") | 2,799.00 | 2,799.00 |
| 21A00066US | ThinkPad P14s Gen 2 AMD (14") - Mobile Workstation - Black | 2,819.00 | 2,819.00 |
| 20YUCTO1WWUS2 | ThinkPad P17 Gen 2 Intel (17") - Mobile Workstation with Linux | 2,829.00 | 2,829.00 |
| 20XW003FUS | ThinkPad X1 Carbon Gen 9 Intel (14") | 2,879.00 | 2,879.00 |
| 21AK0045US | ThinkPad P14s Gen 3 Intel (14") Mobile Workstation - Black | 2,879.00 | 2,879.00 |
| 20Y3CTO1WWUS1 | ThinkPad P1 Gen 4 Intel (16") - Mobile Workstation | 2,889.00 | 2,889.00 |
| 30DF0085US | ThinkStation P340 Tiny Workstation | 2,899.00 | 2,899.00 |
| 20W0003MUS | NB TP T14 G2 I7 16G 512G 10P | 2,919.00 | 2,919.00 |
| 20TK0047US | ThinkPad X1 Extreme Gen 3 Intel (15") - Black | 2,949.00 | 2,949.00 |
| 20YQ004SUS | ThinkPad P15 Gen 2 Intel (15") - Mobile Workstation | 2,949.00 | 2,949.00 |
| 20Y5CTO1WWUS1 | ThinkPad X1 Extreme Gen 4 Intel (16") | 2,951.00 | 2,951.00 |
| 21A00069US | ThinkPad P14s Gen 2 AMD (14") - Mobile Workstation - Black | 2,959.00 | 2,959.00 |
| 30EQ01W1US | ThinkStation P348 Tower Workstation | 2,979.00 | 2,979.00 |
| 20YQ0085US | ThinkPad P15 Gen 2 Intel (15") - Mobile Workstation | 2,989.00 | 2,989.00 |
| 20YUCTO1WWUS1 | ThinkPad P17 Gen 2 Intel (17") - Mobile Workstation | 2,999.00 | 2,999.00 |
| 20T0S2BC00 | ThinkPad T14s Intel (14") - Black | 3,009.00 | 3,009.00 |
| 20W400KAUS | ThinkPad T15 Gen 2 (15") Intel - Black | 3,009.00 | 3,009.00 |
| 20XH005JUS | ThinkPad X13 Gen 2 AMD (13") - Black | 3,009.00 | 3,009.00 |
| 20S2S01C00 | ThinkPad T14 Intel (14") - Black | 3,109.00 | 3,109.00 |
| 20WM01JDUS | ThinkPad T14s Gen 2 Intel (14") - Storm Grey | 3,129.00 | 3,129.00 |
| 21A9008AUS | ThinkPad P15v Gen 2 Intel (15") - Mobile Workstation | 3,149.00 | 3,149.00 |
| 20Y5000VUS | ThinkPad X1 Extreme Gen 4 Intel (16") - Black | 3,179.00 | 3,179.00 |
| 20UB0060US | ThinkPad X1 Yoga Gen 5 Intel (14") | 3,199.00 | 3,199.00 |
| 81YT0006US | Legion 7i (15") with RTX 2080 | 3,199.99 | 3,199.99 |
| 20W400KBUS | ThinkPad T15 Gen 2 (15") Intel - Storm Grey | 3,229.00 | 3,229.00 |
| 20YU002GUS | ThinkPad P17 Gen 2 Intel (17") - Mobile Workstation | 3,229.00 | 3,229.00 |
| 20XY00B9US | ThinkPad X1 Yoga Gen 6 Intel (14") | 3,259.00 | 3,259.00 |

| Product Number | Product Name | 4/12/2022 Reg Price | 4/13/2022 Est Value |
|---|---|---|---|
| 20RK000NUS | ThinkPad X1 Fold (13") | 3,279.00 | 3,279.00 |
| 20XF004WUS | ThinkPad T14s Gen 2 AMD (14") - Black | 3,279.00 | 3,279.00 |
| 20Y3005DUS | ThinkPad P1 Gen 4 Intel (16") - Mobile Workstation | 3,279.00 | 3,279.00 |
| 21A7003YUS | ThinkPad T15p Gen 2 Intel (15") | 3,279.00 | 3,279.00 |
| 21A9004BUS | NB WS P15v G2 I7 32G 1T 10P | 3,279.00 | 3,279.00 |
| 21A9008CUS | ThinkPad P15v Gen 2 Intel (15") - Mobile Workstation | 3,279.00 | 3,279.00 |
| 20YQ004NUS | ThinkPad P15 Gen 2 Intel (15") - Mobile Workstation | 3,299.00 | 3,299.00 |
| 20YQ009RUS | ThinkPad P15 Gen 2 Intel (15") - Mobile Workstation | 3,309.00 | 3,309.00 |
| 30DKS04X00 | ThinkStation P340 SFF Workstation | 3,319.00 | 3,319.00 |
| 30E0CTO1WWUS2 | ThinkStation P620 Workstation with Linux | 3,339.00 | 3,339.00 |
| 20QA000EUS | ThinkPad X1 Titanium Yoga Intel (13") | 3,389.00 | 3,389.00 |
| 20UB0068US | ThinkPad X1 Yoga Gen 5 Intel (14") | 3,399.00 | 3,399.00 |
| 20XW003GUS | ThinkPad X1 Carbon Gen 9 Intel (14") | 3,409.00 | 3,409.00 |
| 20XY00BAUS | ThinkPad X1 Yoga Gen 6 Intel (14") | 3,409.00 | 3,409.00 |
| 20XW003HUS | ThinkPad X1 Carbon Gen 9 Intel (14") | 3,439.00 | 3,439.00 |
| 21CB000JUS | ThinkPad X1 Carbon Gen 10 Intel (14") - Black | 3,439.00 | 3,439.00 |
| 21AK0046US | ThinkPad P14s Gen 3 Intel (14") Mobile Workstation - Black | 3,459.00 | 3,459.00 |
| 20VX00DBUS | ThinkPad P14s Intel (14") - Mobile Workstation | 3,489.00 | 3,489.00 |
| 20XY00BBUS | ThinkPad X1 Yoga Gen 6 Intel (14") | 3,529.00 | 3,529.00 |
| 20W600FGUS | ThinkPad P15s Gen 2 Intel (15") - Mobile Workstation | 3,559.00 | 3,559.00 |
| 20YU002LUS | ThinkPad P17 Gen 2 Intel (17") - Mobile Workstation | 3,559.00 | 3,559.00 |
| 21A70040US | ThinkPad T15p Gen 2 Intel (15") | 3,559.00 | 3,559.00 |
| 20QA000FUS | ThinkPad X1 Titanium Yoga Intel (13") | 3,579.00 | 3,579.00 |
| 21CD000KUS | ThinkPad X1 Yoga Gen 7 Intel (14") | 3,579.00 | 3,579.00 |
| 20WM01J8US | ThinkPad T14s Gen 2 Intel (14") - Black | 3,589.00 | 3,589.00 |
| 20WM01JCUS | ThinkPad T14s Gen 2 Intel (14") - Storm Grey | 3,589.00 | 3,589.00 |
| 20Y30064US | ThinkPad P1 Gen 4 Intel (16") - Mobile Workstation | 3,609.00 | 3,609.00 |
| 20XY00BCUS | ThinkPad X1 Yoga Gen 6 Intel (14") | 3,619.00 | 3,619.00 |
| 20YQ0086US | ThinkPad P15 Gen 2 Intel (15") - Mobile Workstation | 3,619.00 | 3,619.00 |
| 30E0CTO1WWUS1 | ThinkStation P620 Workstation | 3,619.00 | 3,619.00 |
| 20Y5000QUS | ThinkPad X1 Extreme Gen 4 Intel (16") - Black | 3,659.00 | 3,659.00 |
| 21A9004DUS | ThinkPad P15v Gen 2 Intel (15") - Mobile Workstation | 3,659.00 | 3,659.00 |
| 21A9008BUS | ThinkPad P15v Gen 2 Intel (15") - Mobile Workstation | 3,659.00 | 3,659.00 |
| 21AK0047US | ThinkPad P14s Gen 3 Intel (14") Mobile Workstation - Black | 3,679.00 | 3,679.00 |
| 30DKS04Y00 | ThinkStation P340 SFF Workstation | 3,709.00 | 3,709.00 |
| 20XW00A9US | ThinkPad X1 Carbon Gen 9 Intel (14") | 3,749.00 | 3,749.00 |
| 20XY00BDUS | ThinkPad X1 Yoga Gen 6 Intel (14") | 3,769.00 | 3,769.00 |
| 20VX00DCUS | ThinkPad P14s Intel (14") - Mobile Workstation | 3,779.00 | 3,779.00 |
| 20QA000GUS | ThinkPad X1 Titanium Yoga Intel (13") | 3,839.00 | 3,839.00 |
| 20Y3008BUS | ThinkPad P1 Gen 4 Intel (16") - Mobile Workstation | 3,839.00 | 3,839.00 |
| 20YU002RUS | ThinkPad P17 Gen 2 Intel (17") - Mobile Workstation | 3,849.00 | 3,849.00 |
| 20W600FHUS | ThinkPad P15s Gen 2 Intel (15") - Mobile Workstation | 3,859.00 | 3,859.00 |

| Product Number | Product Name | 4/12/2022<br>Reg Price | 4/13/2022<br>Est Value |
|---|---|---|---|
| 20TK0049US | ThinkPad X1 Extreme Gen 3 Intel (15") - Black Weave | 3,879.00 | 3,879.00 |
| 20Y5000UUS | ThinkPad X1 Extreme Gen 4 Intel (16") - Black Weave | 3,879.00 | 3,879.00 |
| 20YU002NUS | ThinkPad P17 Gen 2 Intel (17") - Mobile Workstation | 3,879.00 | 3,879.00 |
| 20XW003JUS | ThinkPad X1 Carbon Gen 9 Intel (14") | 3,889.00 | 3,889.00 |
| 21A7002NUS | ThinkPad T15p Gen 2 Intel (15") | 3,969.00 | 3,969.00 |
| 21A70041US | ThinkPad T15p Gen 2 Intel (15") | 3,969.00 | 3,969.00 |
| 20YQ004HUS | ThinkPad P15 Gen 2 Intel (15") - Mobile Workstation | 3,989.00 | 3,989.00 |
| 20XY00B7US | ThinkPad X1 Yoga Gen 6 Intel (14") | 4,009.00 | 4,009.00 |
| 20TK0046US | ThinkPad X1 Extreme Gen 3 Intel (15") - Black Weave | 4,099.00 | 4,099.00 |
| 21A9004FUS | ThinkPad P15v Gen 2 Intel (15") - Mobile Workstation | 4,099.00 | 4,099.00 |
| 20Y30088US | ThinkPad P1 Gen 4 Intel (16") - Mobile Workstation | 4,149.00 | 4,149.00 |
| 20YU002EUS | ThinkPad P17 Gen 2 Intel (17") - Mobile Workstation | 4,179.00 | 4,179.00 |
| 20YU002HUS | ThinkPad P17 Gen 2 Intel (17") - Mobile Workstation | 4,249.00 | 4,249.00 |
| 21A9008DUS | ThinkPad P15v Gen 2 Intel (15") - Mobile Workstation | 4,259.00 | 4,259.00 |
| 30BACTO1WWUS2 | ThinkStation P720 Workstation | 4,289.00 | 4,289.00 |
| 20Y3008QUS | ThinkPad P1 Gen 4 Intel (16") - Mobile Workstation | 4,309.00 | 4,309.00 |
| 21A9004EUS | ThinkPad P15v Gen 2 Intel (15") - Mobile Workstation | 4,529.00 | 4,529.00 |
| 20Y3008GUS | ThinkPad P1 Gen 4 Intel (16") - Mobile Workstation | 4,599.00 | 4,599.00 |
| 20Y5000SUS | ThinkPad X1 Extreme Gen 4 Intel (16") - Black Weave | 4,659.00 | 4,659.00 |
| 21A9008EUS | ThinkPad P15v Gen 2 Intel (15") - Mobile Workstation | 4,689.00 | 4,689.00 |
| 20Y3008DUS | ThinkPad P1 Gen 4 Intel (16") - Mobile Workstation | 4,739.00 | 4,739.00 |
| 20YQ004GUS | ThinkPad P15 Gen 2 Intel (15") - Mobile Workstation | 4,799.00 | 4,799.00 |
| 30BCCTO1WWUS1 | ThinkStation P920 Workstation | 4,799.00 | 4,799.00 |
| 30DHS0BY00 | ThinkStation P340 Tower Workstation | 4,829.00 | 4,829.00 |
| 21A90051US | ThinkPad P15v Gen 2 Intel (15") - Mobile Workstation | 4,929.00 | 4,929.00 |
| 20Y3008NUS | ThinkPad P1 Gen 4 Intel (16") - Mobile Workstation | 4,959.00 | 4,959.00 |
| 20Y3008EUS | ThinkPad P1 Gen 4 Intel (16") - Mobile Workstation | 5,049.00 | 5,049.00 |
| 20YU002PUS | ThinkPad P17 Gen 2 Intel (17") - Mobile Workstation | 5,089.00 | 5,089.00 |
| 21A9008FUS | ThinkPad P15v Gen 2 Intel (15") - Mobile Workstation | 5,089.00 | 5,089.00 |
| 20YQ004QUS | ThinkPad P15 Gen 2 Intel (15") - Mobile Workstation | 5,109.00 | 5,109.00 |
| 20YU002QUS | ThinkPad P17 Gen 2 Intel (17") - Mobile Workstation | 5,399.00 | 5,399.00 |
| 20Y3004DUS | ThinkPad P1 Gen 4 Intel (16") - Mobile Workstation | 5,449.00 | 5,449.00 |
| 20Y3004MUS | ThinkPad P1 Gen 4 Intel (16") - Mobile Workstation | 5,639.00 | 5,639.00 |
| 20YQ004RUS | ThinkPad P15 Gen 2 Intel (15") - Mobile Workstation | 5,769.00 | 5,769.00 |
| 20Y3004KUS | ThinkPad P1 Gen 4 Intel (16") - Mobile Workstation | 5,999.00 | 5,999.00 |
| 20Y30067US | ThinkPad P1 Gen 4 Intel (16") - Mobile Workstation | 5,999.00 | 5,999.00 |
| 20YU002MUS | ThinkPad P17 Gen 2 Intel (17") - Mobile Workstation | 6,059.00 | 6,059.00 |
| 20YQ004FUS | ThinkPad P15 Gen 2 Intel (15") - Mobile Workstation | 6,069.00 | 6,069.00 |
| 20YQ004MUS | ThinkPad P15 Gen 2 Intel (15") - Mobile Workstation | 6,149.00 | 6,149.00 |
| 20Y3008MUS | ThinkPad P1 Gen 4 Intel (16") - Mobile Workstation | 6,369.00 | 6,369.00 |
| 20YU002SUS | ThinkPad P17 Gen 2 Intel (17") - Mobile Workstation | 6,369.00 | 6,369.00 |
| 20YU002FUS | ThinkPad P17 Gen 2 Intel (17") - Mobile Workstation | 6,439.00 | 6,439.00 |

| Product Number | Product Name | 4/12/2022 Reg Price | 4/13/2022 Est Value |
|---|---|---|---|
| 20Y3004CUS | ThinkPad P1 Gen 4 Intel (16") - Mobile Workstation | 7,849.00 | 7,849.00 |
| 20Y3004LUS | ThinkPad P1 Gen 4 Intel (16") - Mobile Workstation | 8,219.00 | 8,219.00 |
| 20YQ004TUS | ThinkPad P15 Gen 2 Intel (15") - Mobile Workstation | 8,699.00 | 8,699.00 |
| 20YQ0057US | ThinkPad P15 Gen 2 Intel (15") - Mobile Workstation | 8,769.00 | 8,769.00 |
| 20YU002KUS | ThinkPad P17 Gen 2 Intel (17") - Mobile Workstation | 8,819.00 | 8,819.00 |
| 20YU002JUS | ThinkPad P17 Gen 2 Intel (17") - Mobile Workstation | 8,889.00 | 8,889.00 |

# **<u>Exhibit B</u>**

# Lieff Cabraser Heimann & Bernstein
## Attorneys at Law

About Us
Attorneys
Case Center          Blog
Practice Areas       Press Releases
Media Center         Video

Search  GO

Blog       Offices
Contact Us

---

## Media Center

"One of the nation's premier plaintiffs' firms."
*American Lawyer*

"Representing the best qualities of the plaintiffs' bar."
*The National Law Journal*









TEXT SIZE: A A A

# Settlement Reached in Lenovo False Discounts Consumer Protection Lawsuit

December 6, 2013

Lieff Cabraser and attorney Daniel Hattis jointly announced today that Lenovo, Inc. has agreed to a settlement to resolve claims by California consumers that Lenovo for a period from June 2008 through August 2012 advertised false discounts from represented former prices on its website. Lieff Cabraser was co-counsel in the case.

As provided in the settlement, California consumers who purchased an affected model of Lenovo computer from Lenovo's website in the period June 4, 2008 through August 30, 2012 will receive a $50 payment after submitting a valid claim.

In addition, Lenovo has changed its methodology for online consumer advertising.

Note: The deadline to submit claims to the Settlement Administrator was February 1, 2014.

## In the News ▼

March 2, 2016
The Tennessean Checks in with Mark Chalos On the Erin Andrews Privacy Trial

March 1, 2016
Products Containing Talcum Powder Linked to Ovarian Cancer

February 29, 2016
The Recorder Names Kelly Dermody a Giant Slayer

February 26, 2016
Court to VW: One Month to Set Diesel Emissions Fix for 600,000 U.S. Cars

February 26, 2016
Lieff Cabraser Attorneys Join Law360 Editorial Advisory Boards

## Investigations ▼

CGI Group Data Breach

Daily Fantasy Sports "Insider Trading" Investigation

Keyless Cars Carbon Monoxide Poisoning Death Lawsuits

Championing Justice for Tech Workers, Innovators, and Entrepreneurs

Porter Ranch Uncontrolled Natural Gas Leak

Sexism in the Tech Industry

Protecting Employee Rights in Stock Option Agreement Disputes