1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
   P. CRAIG CARDON, Cal. Bar No. 168646
2  ccardon@sheppardmullin.com
   BENJAMIN O. AIGBOBOH, Cal. Bar No. 268531
3  baigboboh@sheppardmullin.com
   ALYSSA SONES, Cal. Bar No. 318359
4  asones@sheppardmullin.com
   1901 Avenue of the Stars, Suite 1600
5  Los Angeles, California 90067-6055
   Telephone:    310.228.3700
6  Facsimile:    310.228.3701

7  *Attorneys for Defendant*
   LENOVO (UNITED STATES) INC.
8

9                   UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| ANDREW AXELROD and ELIOT BURK, individually and on behalf all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENOVO (UNITED STATES) INC., a Delaware corporation,<br><br>Defendant. | Case No. 4:21-cv-06770-JSW<br><br>*Assigned to the Hon. Jeffrey S. White*<br><br>**DEFENDANT LENOVO (UNITED STATES) INC.'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**<br><br>Complaint Filed:  August 31, 2021<br>FAC Filed:        January 25, 2022<br>Trial Date:       None Set |
|---|---|

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: (1) Lenovo Holding Company, Inc.; (2) Lenovo Group Limited; and (3) Legend Holdings Corp.

*Respectfully submitted*,

SHEPPARD MULLIN RICHTER & HAMPTON LLP

Dated: February 22, 2022     By      /s/ Benjamin O. Aigboboh
                                     P. CRAIG CARDON
                                     BENJAMIN O. AIGBOBOH
                                     ALYSSA SONES

*Attorneys for Defendant*
LENOVO (UNITED STATES) INC.

SMRH:4853-4940-8271.1