UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HERMANSON, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>LENOVO GROUP LIMITED, et al.,<br><br>  Defendants. | Case No. 23-cv-05890-JSW<br><br>**ORDER TO COUNSEL TO SHOW CAUSE WHY MONETARY SANCTIONS SHOULD NOT BE IMPOSED** |

On January 12, 2024, the Court held a case management conference in this case and in the related case *Axelrod v. Lenovo*, 21-cv-06770-JSW. At that conference the Court expressed its views of the parties' litigation conduct to date and warned the parties and their counsel that if they continued down that path it would issue orders to show cause regarding sanctions.[1] On January 31, 2024, Plaintiffs moved to strike a sentence in Defendants' reply brief, prompting Defendant to file its own motion to strike Plaintiffs' motion. Apparently, the Court's message was not clear, and they are wasting this Court's time with a dispute that will not materially advance this litigation. Accordingly, by February 9, 2024, Daniel Rozenblatt and Craig Cardon are HEREBY ORDERED to show cause in writing why the Court should not impose monetary sanctions in the amount $250.00.

**IT IS SO ORDERED**.

Dated: February 1, 2024

JEFFREY S. WHITE
United States District Judge

---

[1] Defendants are correct that Plaintiffs' statement of recent decision at Docket No. 26 includes argument, and the Court will not consider that argument. The Court will consider the Ninth Circuit's decision in accordance with the Ninth Circuit's rules on unpublished decisions.