# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| MARK HERMANSON, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:23-cv-05890-JSW |
| LENOVO (UNITED STATES) INC., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Mark Hermanson, Chun-Yu Chen, and Shuang Lin, et al.

Date: 3/14/2024

*Attorney's signature*

Nathan N. Kiyam (SBN 317677)
*Printed name and bar number*

Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, CA 90067

*Address*

Nate.Kiyam@capstonelawyers.com
*E-mail address*

(310) 556-4811
*Telephone number*

(310) 943-0396
*FAX number*