# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MARK HERMANSON, CHUN-YU CHEN, and SHUANG LIN, individually and on behalf all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENOVO GROUP LIMITED and LENOVO (UNITED STATES) INC.,<br><br>Defendant. | Case No. 4:23-cv-05890-JSW-RMI<br><br>*Assigned to the Hon. Jeffrey S. White*<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO SET DEADLINE TO COMPLETE ADR**<br><br>Complaint Filed: November 14, 2023<br>Trial Date:         None Set |

1    Having considered the Stipulation of Plaintiff Chun-Yu Chen and Defendant Lenovo
2 (United States) Inc. (collectively, "the Parties"), to Set Deadline to Complete ADR, and GOOD
3 CAUSE APPEARING, the COURT ORDERS as follows:

4    The Parties shall complete private mediation by **September 30, 2025**.

6    **IT IS SO ORDERED**.

8 Dated: April 16, 2024         By _____
                                  Hon. Jeffrey S. White
                                  United States District Judge

-1-                                      Case No. 4:23-cv-05890-JSW-RMI
[PROPOSED] ORDER GRANTING STIPULATION TO SET
DEADLINE TO COMPLETE ADR