UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK HERMANSON, et al.,

Plaintiffs,

v.

LENOVO GROUP LIMITED, et al.,

Defendants.

Case No.  23-cv-05890-JSW

**ORDER VACATING CASE MANAGEMENT CONFERENCE AND CONTINUING STAY**

Re: Dkt. Nos. 67, 79

This case has been stayed in favor of the related case *Axelrod v. Lenovo (United States), Inc.*, 21-cv-6770-JSW.  The Court has granted, in part, the *Axelrod* Plaintiffs' motion for class certification and shall continue the stay pending resolution of that case.  This ruling shall not preclude any party from moving to lift the stay.

The Court VACATES the case management conference scheduled for January 30, 2026.

**IT IS SO ORDERED**

DATED: January 14, 2026

_____

JEFFREY S. WHITE
United States District Judge